UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE DICK WORLDWIDE, LTD. and
LESLIE DICK,

        Plaintiff,

-v-

GEORGE SOROS, ET AL.

        Defendant.

Case No. 08 CIV. 7900

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFFS _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 9/10/08

Signature of Attorney: S/DHR

Attorney Bar Code: DHR-1049