Sep 18. 2008 11:50AM   A. POOLE   SOUTHERN DIST. COUNTY   No. 5175   P. 2/6

**U.S. DISTRICT COURT**

DOCUMENTS SERVED WITH INDEX # 08 CV 7900   AND FILED ON

ATTORNEY(S) Law Office of David H. Relkin

| | |
|---|---|
| Leslie Dick Worldwide Ltd and Leslie Dick | Plaintiff(s)/Petitioner(s) |
| vs | |
| George Soros, Soros Fund Management LLC et al | Defendant(s)/Respondent(s) |

STATE OF NEW YORK: COUNTY OF _____ , SS.:

Robert Lawson , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on September 19, 08 at 12:26 PM

at 888 7th Avenue // New York // NY _____ deponent (did / did not) serve the within

Summons in a Civil Action & Complaint   Rule 7.1 Statement & Compendium of Exhibits

on: George Soros , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☐ A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☑ By delivering a true copy of each to Mike Malley , a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐ On 9/22/08 _____ deponent completed service under the last two sections by depositing a copy of the above in the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

**#7 DESCRIPTION** ☑ A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(see with #1, 2 or 3) Sex M  Color of skin Wht  Color of hair Bln  Approx. Age 40's  Approx. Height 6'2  Approx. weight 240   Other _____

**#8 WIT FEES** ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
23 day of September 2008

_Henrietta Akwateng_                          _Robert Lawson_
Notary Public

HENRIETTA AKWATENG
Notary Public, State of New York
No. 01KW6178773
Qualified in Albany County
Commission Expires Nov. 5, 2011

Invoice·Work Order # 0817622

**ALEXANDER, POOLE & CO., INC.** • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207