Sep 18. 2008 11:50AM   A. POOLE   SOUTHERN DIST. COUNTY                     No. 5175   P. 2/6

DOCUMENTS SERVED WITH INDEX # 08 CV 7900    AND FILED ON          U.S. DISTRICT COURT

ATTORNEY(S) Law Office of David H. Relkin

Leslie Dick Worldwide Ltd and Leslie Dick                    Plaintiff(s)/Petitioner(s)

vs

George Soros, Soros Fund Management LLC et al               Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF _____ , SS.:

Robert Lawson , being duly sworn deposes and says deponent is not a party herein,
is over the age of eighteen years and resides In the State of New York. That on September 18, 08 at 12:36 PM
at 888 7th Avenue // New York // NY                    deponent (did, did not) serve the within

Summons in a Civil Action & Complaint    Rule 7.1 Statement & Compendium
of Exhibits

on:    George Soros                 Defendant    (herein called recipient) therein named.

#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said
person therein.

#2 CORP.    A _____ corporation, by delivering thereat a true copy of each to
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person,
Including an effort to reach the defendant by telephone, (it such telephone number was available) and an attempt to locate the
defendant's place of employment.

#3 SUITABLE AGE PERSON    By delivering a true copy of each to Mike Maller , a person of suitable age and discretion. Said premises
is recipient's [X] actual place of business    [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual
place of abode) within the state.

#5 MAILING COPY    On 9/22/08    deponent completed service under the last two sections by depositing a copy of the
Summons in a Civil Action & Complaint // Rule 7.1 Statement & Compendium of exhibits
to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official
depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SERVICE    After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served
because of the following:
[ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding    [ ] Address does not exist    [ ] Other

#7 DESCRIPTION    A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(see with #1, 2 or 3)    Sex M    Color of skin Wht    Color of hair Brn    Approx.Age 40's    Approx.Height 6.2    Approx.
Weight 200    Other — None

#8 WIT FEES    $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active
duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
23 day of September 2008

HENRIETTA KWATENG
Notary Public, State of New York
No. 01KW6176773
Qualified in Albany County
Commission Expires Nov. 5, 2011

Robert Lawson

Invoice-Work Order # 0817622

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207