State of New York - Department of State
Receipt for Service

Receipt #: 200809220175                          Cash #: 200809220168
Date of Service: 09/19/2008                      Fee Paid: $40 - DRAWDOWN
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to: SECTION 19 OF THE GENERAL
ASSOCIATION LAW

Party Served: VORNADO REALTY TRUST

Plaintiff/Petitioner:
    LESLIE DICK WORLDWIDE, LTD.

Service of Process Address:
LARRY PORTAL
VORNADO REALTY TRUST
210 ROUTE 4 EAST
PARAMUS, NJ 07652

                                    Secretary of State
                                    By RICHARD DIGIOVANNA

Index # 08 cv 7900
Purchased/Filed: September 10, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Leslie Dick Worldwide, Ltd. and Leslie Dick          Plaintiff

against

George Soros, Soros Fund Management LLC; et al          Defendant

STATE OF NEW YORK ) SS
COUNTY OF ALBANY )
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 50 Yrs
Weight: 200 Lbs    Height: 6'0    Sex: Male    Color of skin: White
Hair color: Gray    Other:

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 19, 2008, at 12:20 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint, Rule 7.1 Statement and Compendium of Exhibits to Complaint on Vornado Realty Trust, the Defendant in this action, by delivering to and leaving with Richard Digiovanna, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section GENERAL ASSOCIATIONS LAW §19.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

19th  day of  September, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice/Work Order # 0817670