State of New York - Department of State
Receipt for Service

Receipt #: 200809220102                          Cash #: 200809220095
Date of Service: 09/19/2008                      Fee Paid: $40 - DRAWDOWN
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED
LIABILITY COMPANY LAW

Party Served: 767 MANAGER LLC

Plaintiff/Petitioner:
              LESLIE DICK WORLDWIDE, LTD.

Service of Process Address:
C/O NATIONAL REGISTERED AGENTS, INC.
875 AVE OF AMERICAS STE 501
NEW YORK, NY 10001

Secretary of State
By CHAD MATICE

Index # 08 cv 7900
Purchased/Filed: September 10, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Leslie Dick Worldwide, Ltd. and Leslie Dick          Plaintiff

against

George Soros, Soros Fund Management LLC; et al          Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 24

Weight: 215   Height: 6'1   Sex: male   Color of skin: White

Hair color: Brown   Other: _____

Robin Brandow , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 19, 2008 , at 12:20 pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint, Rule 7.1 Statement and Compendium of Exhibits to Complaint on 767 Manager, LLC , the Defendant in this action, by delivering to and leaving with Chad Matice , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
19th day of September, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice/Work Order # 0817664