State of New York - Department of State
Receipt for Service

Receipt #: 200809220135
Date of Service: 09/19/2008
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 200809220128
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT

Party Served: CERBERUS CAPITAL MANAGEMENT, L.P.

Plaintiff/Petitioner:
LESLIE DICK WORLDWIDE, LTD.

Service of Process Address:
CERBERUS CAPITAL MANAGEMENT, L.P.
450 PARK AVENUE
28TH FLOOR
NEW YORK, NY 10022

Secretary of State
By CHAD MATICE

Index # 08 cv 7900
Purchased/Filed: September 10, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Leslie Dick Worldwide, Ltd. and Leslie Dick     Plaintiff

against

George Soros, Soros Fund Management LLC; et al     Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY     )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 24

Weight: 215   Height: 6'1   Sex: male   Color of skin: White

Hair color: Brown   Other: _____

Robin Brandow , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 19, 2008 , at 12:20 pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint, Rule 7.1 Statement and Compendium of Exhibits to Complaint on Cerberus Capital Management, LP s/h/a Cereberus Capital Management, LP , the Defendant in this action, by delivering to and leaving with Chad Matice , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section PARTNERSHIP LAW §121-109(A) (LP'S) .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

19th   day of   September, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice-Work Order # 0817663