State of New York - Department of State
Receipt for Service

Receipt #: 200809240321
Date of Service: 09/23/2008
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 200809240111
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: FIG LLC

Plaintiff/Petitioner:
LESLIE DICK WORLDWIDE, LTD.

Service of Process Address:
FIG LLC
ANNELORE
536 HUDSON STREET
NEW YORK, NY 10014

Secretary of State
By CAROL VOGT

Index # 08 cv 7900
Purchased/Filed: September 10, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Leslie Dick Worldwide, Ltd. and Leslie Dick     Plaintiff

against

George Soros, Soros Fund Management LLC; et al     Defendant

STATE OF NEW YORK ) SS
COUNTY OF ALBANY )
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 45 Yrs.
Weight: 120 Lbs.   Height: 5'0"   Sex: Female   Color of skin: White
Hair color: Brown   Other: _____

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 23, 2008, at 11:25 am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint, Rule 7.1 Statement and Compendium of Exhibits to Complaint on Fig LLC sued herein as Fig Fig LP, the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
23rd day of September, 2008

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158974, Albany County
Commission Expires Jan 8, 2011

                                                          Robin Brandow

Invoice-Work Order # 0817662