State of New York - Department of State
Receipt for Service

Receipt #: 200809230146
Date of Service: 09/22/2008
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 200809230144
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 121-1502 OF THE
PARTNERSHIP LAW

Party Served: KIRKLAND & ELLIS LLP

Plaintiff/Petitioner:
LESLIE DICK WORLDWIDE, LTD.

Service of Process Address:
NATIONAL REGISTERED AGENTS, INC.
SUITE 501
875 AVENUE OF THE AMERICAS
NEW YORK, NY 10001

Secretary of State
By GARY TRECHEL

Index # 08 cv 7900
Purchased/Filed: September 10, 2008

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Leslie Dick Worldwide, Ltd. and Leslie Dick

Plaintiff

against

George Soros, Soros Fund Management LLC; et al

Defendant

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 45 Yrs

Weight: 140 Lbs   Height: 5'8   Sex: Male   Color of skin: White

Hair color: Brown   Other: _____

Robin Brandow , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 22, 2008 , at 12:20 pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint, Rule 7.1 Statement and Compendium of Exhibits to Complaint on Kirkland & Ellis LLP , the Defendant in this action, by delivering to and leaving with Gary Tretchel , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section PARTNERSHIP LAW §121-1502 (FOREIGN LLP'S) .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

22nd day of September, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6156874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice/Work Order # 0817657