Sep. 18. 2008 11:51AM    A. POOLE    SOUTHERN DIST. COUNTY    No. 5175   P. 6/6

DOCUMENTS SERVED WITH INDEX # 08 CV 7900 AND FILED ON _____, _____ DIST. _____ COURT

ATTORNEY(S) Law Office of David H. Relkin

STATE OF NEW YORK: COUNTY OF _____ SS.:

*Leslie Dick Worldwide Ltd and Leslie Dick* — Plaintiff(s)/Petitioner(s)

vs

*George Soros, Soros Fund Management LLC et al* — Defendant(s)/Respondent(s)

Robert Lawson, being duly sworn deposes and says, deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on 09/19/08 at 11:30 AM at 767 5th Avenue 725 5th Avenue NY, NY deponent (did, did not) serve the within Summons in a Civil Action & Complaint / Rule 7.1 Statement & Compendium of Exhibits

on: Donald Trump — Defendant (herein called recipient) therein named.

#1 INDIVIDUAL ☐ — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. ☐ — A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

#3 SUITABLE AGE PERSON ☒ — By delivering a true copy of each to Steve Quarado, a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

#4 AFFIXING TO DOOR ☐ — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#5 MAILING COPY ☒ — On September 22, 2008 deponent completed service under the last two sections by depositing a copy of the Summons Civil Action / Complaint / Rule 7.1 Statement & Compendium of Exhibits to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SERVICE ☐ — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

#7 DESCRIPTION (use with #1, 2 or 3) — A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex M   Color of skin Yellow   Color of hair B/D   Approx. Age 30's   Approx. Height 5'7"   Approx. weight 150's   Other _____

#8 WIT. FEES ☐ — $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this 23 day of September 2008

[signature] HENRIETTA KWATENG
Notary Public, State of New York
No. 01KW6176773
Qualified in Bronx County
Commission Expires Nov. 5, 2011

Robert Lawson

Invoice-Work Order # 0817624

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207