AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                 DISTRICT OF                 New York

## APPEARANCE

Case Number: 08 Civ. 7900 (BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Vornado Realty Trust

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/16/2008 | *[signature]* |
| Date | Signature |
| | Robert J. Giuffra, Jr.    RG9969 |
| | Print Name    Bar Number |
| | SULLIVAN & CROMWELL LLP   125 Broad Street |
| | Address |
| | New York    New York    10004 |
| | City    State    Zip Code |
| | (212) 558-3121    (212) 558-3588 |
| | Phone Number    Fax Number |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK)

DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 16th day of October, 2008, he served by regular mail, postage prepaid, a true copy of Robert J. Giuffra, Jr's Notice of Appearance on behalf of Vornado Realty Trust upon:

**David Harlow Relkin, Esq.**
Duane, Morris, LLP
575 Eighth Ave.
Suite 1706
New York, NY 10018

Sworn to before me this
16th day of October, 2008.

_____
Notary Public

DAVE JAMES
Notary Public, State of New York
No. 01JA6179477
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 24, 2011