Douglas H. Flaum
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
douglas.flaum@friedfrank.com

*Attorney for Defendant*
*Harry Macklowe*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LESLIE DICK WORLDWIDE, LTD. and LESLIE  :
DICK,                                   :     08-CV-7900 (BSJ)
                                        :
                         Plaintiffs,    :     **ECF CASE**
                                        :
            - against -                 :     **NOTICE OF APPEARANCE**
                                        :
GEORGE SOROS et al.,                    :
                                        :
                         Defendant.     :
                                        :
------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for defendant Harry Macklowe and should be served with copies of all papers in this action.

Dated: New York, New York
       October 17, 2008

-2-

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP


By: /s Douglas H. Flaum
    Douglas H. Flaum
    (A Member of the Firm)

One New York Plaza
New York, New York  10004-1980
(212) 859-8000
douglas.flaum@friedfrank.com

Attorney for Defendant
Harry Macklowe