Stephanie J. Goldstein
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York  10004
(212) 859-8000
stephanie.goldstein@friedfrank.com

*Attorney for Defendant*
*Harry Macklowe*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LESLIE DICK WORLDWIDE, LTD. and LESLIE  :
DICK,                                    :    08-CV-7900 (BSJ)
                                         :
                            Plaintiffs,  :    **ECF CASE**
                                         :
             - against -                 :    **NOTICE OF APPEARANCE**
                                         :
GEORGE SOROS et al.,                     :
                                         :
                            Defendant.   :
                                         :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for defendant Harry Macklowe and should be served with copies of all papers in this action.

Dated: New York, New York
       October 17, 2008

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP


By: /s Stephanie J. Goldstein
 Stephanie J. Goldstein
 (A Member of the Firm)

One New York Plaza
New York, New York  10004-1980
(212) 859-8000
stephanie.goldstein@friedfrank.com

Attorney for Defendant
Harry Macklowe