Howard W. Goldstein
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York  10004
(212) 859-8000
howard.goldstein@friedfrank.com

*Attorney for Defendant*
*Fried, Frank, Harris, Shriver & Jacobson LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

                               Plaintiffs,

        - against -

GEORGE SOROS et al.,

                               Defendant.
-----------------------------------------------------------------x

08-CV-7900 (BSJ)

**ECF CASE**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for defendant Fried, Frank, Harris, Shriver & Jacobson LLP and should be served with copies of all papers in this action.

Dated: New York, New York
       October 17, 2008

        Respectfully submitted,

        FRIED, FRANK, HARRIS, SHRIVER
          & JACOBSON LLP

        By: /s Howard W. Goldstein
            Howard W. Goldstein
            (A Member of the Firm)

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
howard.goldstein@friedfrank.com

Attorney for Defendant
Fried, Frank, Harris, Shriver & Jacobson LLP

7124076