UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE, DICK, | x : : : |
| Plaintiff, | : : Docket No. 08 CV 7900 (BSJ) |
| v. | : **RULE 7.1 DISCLOSURE STATEMENT** |
| GEORGE SOROS et al., | : : |
| Defendants. | : x |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant Cerberus Capital Management, L.P. ("Defendant"), states that there is no parent corporation of Defendant and no publicly held corporation that owns 10% or more of the ownership interests of Defendant.

Dated:  New York, New York
       October 17, 2008

SCHULTE ROTH & ZABEL LLP

By: _/s/ Howard O. Godnick_____
    Howard O. Godnick

919 Third Avenue
New York, New York  10022
(212) 756-2000
howard.godnick@srz.com

Attorneys for Defendant Cerberus Capital Management, LP

SRZ-10771473.1