Howard O. Godnick, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Attorneys for Defendant Cerberus Capital Management, LP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
LESLIE DICK WORLDWIDE, LTD. and LESLIE, :
DICK                                    :     Docket No. 08 CV 7900 (BSJ)
                                        :
                       Plaintiffs,      :
                                        :     **NOTICE OF APPEARANCE**
            -against-                   :
                                        :
GEORGE SOROS et al.,                    :
                                        :
                                        :
                       Defendants.      :
------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears for defendant Cerberus Capital Management, LP in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

Dated: New York, New York
       October 17, 2008

SCHULTE ROTH & ZABEL LLP

By: _/s/ Howard O. Godnick_____
     Howard O. Godnick

howard.godnick@srz.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Defendant Cerberus Capital Management, LP*