UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. ET AL,<br>                    Plaintiff,<br><br>- v -<br><br>GEORGE SOROS, ET AL.,<br>                    Defendants. | No.  08 CV 7900 (BSJ) (THK)<br><br>**APPEARANCE**<br>ECF Case |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendants Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis LLP.

I certify that I am admitted to practice in this court.

Dated: October 21, 2008

/s/ Sandra Maja Fabula

Sandra Maja Fabula (SF-0240)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000
(312) 861-2200

Attorney for Defendants Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis, LLP