UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Leslie Dick Worldwide Ltd., and
Leslie Dick,

       *Plaintiffs*,

   - v -          Docket No. 08-cv-7900 (BSJ)
                ECF Case

George Soros et al.,

       *Defendants*.


-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the undersigned, a member of the law firm of Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendants George Soros and Soros Fund Management LLC.

Dated: October 22, 2008

              WILLKIE FARR & GALLAGHER LLP

              By: _____
                 Benito Romano
                 bromano@willkie.com
                 John Oller
                 joller@willkie.com
                 Deirdre Hykal
                 dhykal@willkie.com

              787 Seventh Avenue
              New York, New York  10019
              (212) 728-8000 (phone)
              (212) 728-8111 (facsimile)

              Attorneys for Defendants George Soros and
              Soros Fund Management LLC