UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Leslie Dick Worldwide Ltd., and
Leslie Dick,

      *Plaintiffs*,      Docket No. 08-cv-7900 (BSJ)
                    ECF Case
  - v -             7.1 Statement

George Soros et al.,

      *Defendants.*

-----------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendants George Soros and Soros Fund Management LLC ("Soros"), states that Soros is a limited liability company with its interests held by its members. Soros has no parent corporations, and no publicly held company owns 10% or more of its equity interests.

Dated: October 23, 2008

                   WILLKIE FARR & GALLAGHER LLP

                   By: _____
                     John Oller
                     joller@willkie.com
                     Benito Romano
                     bromano@willkie.com
                     (Members of the Firm)

                   787 Seventh Avenue
                   New York, New York  10019
                   (212) 728-8000 (phone)
                   (212) 728-8111 (facsimile)

                   Attorneys for Defendants George Soros and
                   Soros Fund Management LLC