## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the bar of this Court, certifies that on October 23, 2008, she caused a copy of the forgoing Rule 7.1 Statement to be served by first-class United States mail upon the following:

**Duane Morris LLP**
David Harlow Relkin, Esq.
575 Eighth Ave.
Suite 1706
New York, NY 10018

_____
Deirdre Hykal