------------------------------------------------------------x

LESLIE DICK WORLDWIDE LTD.,

Plaintiff,

08 CIVIL 7900 (BSJ)

-against-

GEORGE SOROS et al.

Defendant.

------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  DAVID H. RELKIN, ESQ.

☑ *Attorney*

☐   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
     1049

☐   I am a Pro Hac Vice attorney

☐   I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

From: _____

To: _____

☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
     _____.

☑   *Address:*  575 EIGHTH AVE, SUITE 1706, NEW YORK, NY 10018

☑   *Telephone Number:*  212-244-8722

☑   *Fax Number:*  212-580-4409

☑   *E-Mail Address:*  David@RelkinLaw.Com

Dated: 10/28/08