# Affidavit of Process Server

UNITED STATES DISTRICT COURT, STATE OF NEW YORK, SOUTHERN DISTRICT
(NAME OF COURT)

| ROBBIE L. LAWSON | VS | | |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I ROBBIE L. LAWSON, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served DEUTSCH BANK
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Action & Complaint Rule 7.1 statement and Compendium of Exhibits to Complaint

by leaving with N J CLARK    LEGAL ASSISTANT    At
                NAME         RELATIONSHIP

☐ Residence _____    _____
           ADDRESS              CITY / STATE

☒ Business 60 WALL STREET    NEW YORK, NY 10006
           ADDRESS              CITY / STATE

On OCTOBER 10th, 2008    AT 2:45pm
    DATE                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____    _____    _____
     CITY                STATE              ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____    (2) _____ _____
                                                    DATE    TIME         DATE    TIME

(3) _____ _____    (4) _____ _____    (5) _____ _____
    DATE    TIME         DATE    TIME           DATE    TIME

**Description:** Age 35-40  Sex F  Race WHT  Height 5'6"  Weight 140's  Hair BLN  Beard ___  Glasses ___

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 14th day of OCTOBER, 20 08 by ROBBIE L. LAWSON 1261838
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CAROLYN V. JONES
Notary Public, State of New York
Reg. No. 04J05022377
Qualified in New York County
Commission Expires Jan. 10, 2010

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of _____

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS