# EXHIBIT "LL"



STRUCTURE OF INVESTMENT IN GM BLDG.