UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

        Plaintiffs,

v.

GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK AG, EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10",

        Defendants.
------------------------------------------------x

08-CV-07900 (BSJ)

NOTICE OF APPEARANCE

ECF Case

Electronically Filed

Please take notice that the undersigned of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP is hereby entering an appearance as counsel of record for defendants Deutsche Bank AG, New York Branch and German American Capital Corp.

Dated: New York, New York
      October 31, 2008

Jerome S. Hirsch (jerome.hirsch@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.