UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
LESLIE DICK WORLDWIDE, LTD. and LESLIE  :
DICK,                                                                        08-CV-07900 (BSJ)

                        Plaintiffs,                    :

                                           :    NOTICE OF APPEARANCE
    v.

GEORGE SOROS, SOROS FUND MANAGEMENT      :    ECF Case
LLC, SFM MANAGEMENT, LLC, CONSECO, INC., :
VORNADO REALTY TRUST, GERMAN                              Electronically Filed
AMERICAN CAPITAL CORP., DEUTSCHE BANK  :
AG, EASTDIL SECURED, LLC, HARRY
MACKLOWE, FIG, LLC, CERBERUS CAPITAL       :
MANAGEMENT, LP, LAZARD FRERES & CO.,
LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK,   :
HARRIS, SHRIVER & JACOBSON LLP, CARMEL
FIFTH, LLC, 767 MANAGER, LLC, DONALD J.      :
TRUMP and John Does "1" through "10",

                      Defendants.
------------------------------------ x

        Please take notice that the undersigned of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP is hereby entering an appearance as counsel of record for defendants Deutsche Bank AG, New York Branch and German American Capital Corp.

Dated: New York, New York
       October 31, 2008

                                        Scott D. Musoff (scott.musoff@skadden.com)
                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM LLP
                                        Four Times Square
                                        New York, New York  10036
                                        (212) 735-3000

                                        Attorneys for Defendants Deutsche Bank AG,
                                          New York Branch and German American
                                          Capital Corp.