UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,<br><br>                              Plaintiff,<br><br>-v-<br><br>GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10,"<br><br>                              Defendants. | 08 CV 7900 (BSJ)<br><br>**NOTICE OF APPEARANCE** |

To:    Clerk of the United States District Court
       for the Southern District of New York

       You are hereby requested to enter the appearance of the undersigned as counsel for defendant Lazard Frères & Co. LLC in the above entitled action.

60434451_1.DOC

Dated: New York, New York
November 5, 2008

By: */s/ Kenneth E. Lee*
Kenneth E. Lee
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482
(212) 837-6000
leek@hugheshubbard.com

By: */s/ Thomas G. Rafferty*
Thomas G. Rafferty
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
trafferty@cravath.com

Attorneys for Defendant
Lazard Frères & Co. LLC