## CERTIFICATE OF SERVICE

  I hereby certify that I am, and at all times herein mentioned was, a citizen of the United States and employed in the County of New York; that I am over the age of 18 years and not a party to the within action or proceeding; that my business address is One Battery Park Plaza, New York, New York 10004; and that on this 5th day of November, 2008, I caused a copy of the foregoing Notice of Appearace to be served on all parties registered with the Court's ECF system, under docket number 08-CV-7900 (BSJ).

  I further certify under penalty of perjury that the foregoing is true and correct.

  On the same date, copies of these documents were served by first class mail upon the Manual Service List, as listed below.

_____
Stephan E. Hornung

David H. Relkin
**Law Offices of David H. Relkin, Esq.**
575 Eighth Avenue, Suite 1706
New York, NY 10018

Maja S. Fabula
**Kirkland & Ellis LLP**
200 East Randolph Drive
Chicago, IL 60601

Douglas H. Flaum
**Fried, Frank, Harris,
Shriver & Jacobson LLP**
One New York Plaza
New York, NY 10004

Benito Romano
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019

Howard O. Godnick
**Schulte Roth & Zabel LLP**
919 Third Avenue
New York, NY 10022

Jerome S. Hirsch
**Skadden, Arps, Slate, Meagher & Flom, LLP**
Four Times Square
New York, NY 10036

Robert Joseph Giuffra, Jr.
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004