UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LESLIE DICK WORLDWIDE LTD.,

                Plaintiff,

        -against-                                 08 CIVIL 7900   ( BSJ )

GEORGE SOROS et al.
                Defendant.
-------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Kenneth E. Lee__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __KL-6718__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __One Battery Park Plaza, New York, NY 10004__

☒ *Telephone Number:* __212-837-6730__

☒ *Fax Number:* __212-299-6730__

☒ *E-Mail Address:* __leek@hugheshubbard.com__

Dated: __11/6/08__