UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE DICK WORLDWIDE, LTD. and
LESLIE DICK,

                                        Plaintiff,

                         -v-

GEORGE SOROS, SOROS FUND
MANAGEMENT LLC, SFM
MANAGEMENT, LLC, CONSECO, INC.,
VORNADO REALTY TRUST, GERMAN
AMERICAN CAPITAL CORP., DEUTSCHE
BANK, AG., EASTDIL SECURED, LLC,
HARRY MACKLOWE, FIG, LLC,
CERBERUS CAPITAL MANAGEMENT,
LP, LAZARD FRERES & CO., LLC,
KIRKLAND & ELLIS, LLP, FRIED,
FRANK, HARRIS, SHRIVER & JACOBSON
LLP, CARMEL FIFTH, LLC, 767
MANAGER, LLC, DONALD J. TRUMP and
John Does "1" through "10,"

                                        Defendants.

08 CV 7900 (BSJ)

**NOTICE OF APPEARANCE**

To:    Clerk of the United States District Court
       for the Southern District of New York

       You are hereby requested to enter the appearance of the undersigned as counsel

for defendant Lazard Frères & Co. LLC in the above entitled action.

Dated:   New York, New York
         November 6, 2008

By:   */s/ Kenneth E. Lee*
      Kenneth E. Lee
      HUGHES HUBBARD & REED LLP
      One Battery Park Plaza
      New York, NY  10004-1482
      (212) 837-6000
      leek@hugheshubbard.com


By:   _____
      Thomas G. Rafferty
      CRAVATH SWAINE & MOORE LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019
      (212) 474-1000
      trafferty@cravath.com


      Attorneys for Defendant
      Lazard Frères & Co. LLC

2