UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE DICK WORLDWIDE, LTD. ET AL,
                              Plaintiff,

- v -

GEORGE SOROS, ET AL.,
                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONIC... ...ED
DOC #: _____
DATE FILED  11/10/02

No.  08 CV 7900 (BSJ) (THK)

ECF Case

**ORDER FOR ADMISSION *PRO***
***HAC VICE* ON WRITTEN MOTION**

Upon the motion of Sandra Maja Fabula, attorney for Conseco, Inc., Carmel Fifth, LLC,

and Kirkland & Ellis LLP, and said sponsor attorney's affidavit of support, it is hereby ordered

that:

> Reed S. Oslan
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601
> (312) 861-2000
> (312) 861-2200

is admitted to practice *pro hac vice* as counsel for Conseco, Inc., Carmel Fifth, LLC, and

Kirkland & Ellis LLP in the above captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an

ECF password at www.nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the

Clerk of Court.

Dated:  11-10-08

New York, New York

_____
United States District Judge