AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Case Number: 08 Civ. 7900 (BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Vornado Realty Trust

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/12/2008 | [signature] |
| Date | Signature |
| | Charles R. Korsmo — CK2761 |
| | Print Name — Bar Number |
| | SULLIVAN & CROMWELL LLP  125 Broad Street |
| | Address |
| | New York — New York — 10004 |
| | City — State — Zip Code |
| | (212) 558-4629 — (212) 558-3588 |
| | Phone Number — Fax Number |