Laura Sulem
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300

*Attorneys for Defendant*
*Eastdil Secured, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD and LESLIE DICK, <br><br> Plaintiffs, <br><br> -against- <br><br> GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10," <br><br> Defendants. | 08-CV- 7900 (BSJ) <br><br> ECF CASE |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for

defendant Eastdil Secured, LLC and should be served with copies of all papers in this

action.  I certify that I am admitted to practice in this Court.

*439955.1*

Dated:  New York, New York
        November 13, 2008

Respectfully Submitted,

GOLENBOCK EISEMAN ASSOR
  BELL & PESKOE LLP


By:___/s/ Laura Sulem_____
     Laura Sulem (LS-6621)
     437 Madison Avenue, 35th Floor
     New York, New York 10022
     (212) 907-7300
     lsulem@golenbock.com

     *Attorneys for Defendant*
     *Eastdil Secured, LLC*

*439955.1*

## CERTIFICATE OF SERVICE

I, Jacqueline G.Veit, one of the attorneys for defendant Eastdil Secured, LLC

herein, certify under penalties of perjury that on November 12, 2008, I caused to be

served a copy of the attached Notice of Appearance of Laura Sulem by First Class Mail,

upon the following:

David H. Relkin, Esq.
Law Offices of David H. Relkin
575 Eighth Avenue, Suite 1706
New York, New York 10018

*Attorneys for Plaintiffs*

Benito Romano, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

*Attorneys for Defendants George Soros
and Soros Fund Management, LLC*

Sandra Maja Fabula, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Attorneys for Defendants
Conseco, Inc. and Kirkland & Ellis, LLP*

Robert Joseph Giuffra, Jr., Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

*Attorneys for Defendant
Vornado Realty Trust*

David Keith Momborquette, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Defendant
Cerberus Capital Management, LP*

Howard W. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Douglas H. Flaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Stephanie J. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Howard O. Godnick, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Jerome S. Hirsch, Esq.
Skadden, Arps, Slate, Mheager, & Flom LLP
Four Times Square
New York, NY 10036

*439955.1*

*Attorneys for Defendant Cerberus Capital*
*Management, LP*

Kenneth E. Lee, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

*Attorneys for Defendant*
*Lazard Frères & Co. LLC*


Thomas G. Rafferty, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Defendant*
*Lazard Frères & Co. LLC*

Dated: New York, New York
          November 13, 2008

*Attorneys for Defendants Deutsche Bank AG,*
*New York Branch and German American*
*Capital Corp.*
Scott D. Musoff, Esq.
Skadden, Arps, Slate, Mheager, & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants Deutsche Bank AG,*
*New York Branch and German American*
*Capital Corp.*
Charles R. Korsmo, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 0004

*Attorney for Defendant Vornado Realty Trust*



          /s/ Jacqueline G. Veit
          Jacqueline G. Veit

*439955.1*