Jacqueline G. Veit
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300

*Attorneys for Defendant*
*Eastdil Secured, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD and LESLIE DICK, | : |
| Plaintiffs, | : 08-CV- 7900 (BSJ) |
| -against- | : ECF CASE |
| GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10," | : |
| Defendants. | : |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for defendant Eastdil Secured, LLC and should be served with copies of all papers in this action. I certify that I am admitted to practice in this Court.

439955.1

Dated: New York, New York  
       November 14, 2008

Respectfully Submitted,

GOLENBOCK EISEMAN ASSOR  
 BELL & PESKOE LLP

By:   /s/ Jacqueline G. Veit  
     Jacqueline G. Veit, Esq. (JV-2935)  
     437 Madison Avenue, 35th Floor  
     New York, New York 10022  
     (212) 907-7300  
     jveit@golenbock.com

*Attorneys for Defendant*  
*Eastdil Secured, LLC*