## CERTIFICATE OF SERVICE

I, Jacqueline G. Veit, one of the attorneys for defendant Eastdil Secured, LLC herein, certify under penalties of perjury that on November 13, 2008, I caused to be served a copy of the attached Notice of Appearance of Jacqueline G. Veit by First Class Mail, upon the following:

David H. Relkin, Esq.
Law Offices of David H. Relkin
575 Eighth Avenue, Suite 1706
New York, New York 10018

*Attorneys for Plaintiffs*

Benito Romano, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

*Attorneys for Defendants George Soros
and Soros Fund Management, LLC*

Sandra Maja Fabula, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Attorneys for Defendants
Conseco, Inc. and Kirkland & Ellis, LLP*

Robert Joseph Giuffra, Jr., Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

*Attorneys for Defendant
Vornado Realty Trust*

David Keith Momborquette, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Defendant
Cerberus Capital Management, LP*

Howard W. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Douglas H. Flaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Stephanie J. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Howard O. Godnick, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Jerome S. Hirsch, Esq.
Skadden, Arps, Slate, Mheager, & Flom LLP
Four Times Square
New York, NY 10036

*439955.1*

| | |
|---|---|
| *Attorneys for Defendant Cerberus Capital Management, LP* | *Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.* |
| Kenneth E. Lee, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | Scott D. Musoff, Esq.<br>Skadden, Arps, Slate, Mheager, & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 |
| *Attorneys for Defendant Lazard Frères & Co. LLC* | *Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.* |
| Thomas G. Rafferty, Esq.<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | Charles R. Korsmo, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 0004 |
| *Attorneys for Defendant Lazard Frères & Co. LLC* | *Attorney for Defendant Vornado Realty Trust* |

Dated: New York, New York
     November 14, 2008

                              /s/ Jacqueline G. Veit
                              Jacqueline G. Veit

439955.1