## CERTIFICATE OF SERVICE

I, Jacqueline G. Veit, one of the attorneys for defendant Eastdil Secured, LLC herein, certify under penalties of perjury that on November 13, 2008, I caused to be served a copy of the attached Notice of Appearance of Laura Sulem by First Class Mail, upon the following:

David H. Relkin, Esq.
Law Offices of David H. Relkin
575 Eighth Avenue, Suite 1706
New York, New York 10018

*Attorneys for Plaintiffs*

Benito Romano, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

*Attorneys for Defendants George Soros
and Soros Fund Management, LLC*

Sandra Maja Fabula, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Attorneys for Defendants
Conseco, Inc. and Kirkland & Ellis, LLP*

Robert Joseph Giuffra, Jr., Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

*Attorneys for Defendant
Vornado Realty Trust*

David Keith Momborquette, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Defendant
Cerberus Capital Management, LP*

Howard W. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Douglas H. Flaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Stephanie J. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant
Harry Macklowe*

Howard O. Godnick, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Jerome S. Hirsch, Esq.
Skadden, Arps, Slate, Mheager, & Flom LLP
Four Times Square
New York, NY 10036

*439955.1*

*Attorneys for Defendant Cerberus Capital Management, LP*

Kenneth E. Lee, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

*Attorneys for Defendant
Lazard Frères & Co. LLC*

Thomas G. Rafferty, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for Defendant
Lazard Frères & Co. LLC*

Dated: New York, New York
        November 14, 2008

*Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.*
Scott D. Musoff, Esq.
Skadden, Arps, Slate, Mheager, & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.*
Charles R. Korsmo, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 0004

*Attorney for Defendant Vornado Realty Trust*

         /s/ Jacqueline G. Veit
         Jacqueline G. Veit

*439955.1*