ORIGINAL

Sandra Maja Fabula (SF-0240)

KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200

Attorneys for Defendants Conseco Inc.,
Carmel Fifth LLC., and Kirkland & Ellis LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LESLIE DICK WORLDWIDE, LTD. ET AL, Plaintiff, | No. 08 CV 7900 (BSJ) (THK) |
|---|---|
| - v - | ECF Case |
| GEORGE SOROS, ET AL., Defendants. | Notice of MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Sandra Maja Fabula, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac* vice of:

Reed S. Oslan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200

Mr. Oslan is a member in good standing of the Bar of the States of Illinois, Indiana and Missouri. There are no pending disciplinary proceedings against Mr. Oslan in any State or Federal court.

Dated: November 6, 2008

Respectfully submitted,

*[signature]*

Sandra Maja Fabula (SF-0240)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200
Attorneys for Defendants Conseco Inc., Carmel Fifth LLC., and Kirkland & Ellis LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2008, a true and correct copy of the Conseco Defendants and Defendant Kirkland & Ellis LLP's Motion for Admission *Pro Hac Vice*, and the accompanying affidavits of Sandra Maja Fabula and Reed S. Oslan, together with the exhibits thereto, and a Proposed Order were served via U.S. First Class Mail, postage prepaid, upon the following:

David R. Relkin
575 Eighth Avenue, Suite 1706
New York, NY 10018

*Counsel for Plaintiff*

| | |
|---|---|
| Howard O. Godnick<br>David Momborquette<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br><br>*Counsel for Defendant Cerberus Capital Management, LP* | Jerome S. Hirsch<br>Scott D. Musoff<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br><br>*Counsel for Defendants Deutsche Bank, A.G. and German American Capital Corp.* |
| Robert J. Giuffra, Jr.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br><br>*Counsel for Defendant Vornado Realty Trust* | Jacqueline G. Veit<br>Golenbock Eiseman Assor Bell & Peskoe LLP<br>437 Madison Avenue, 35th floor<br>New York, NY 10022<br><br>*Counsel for Defendant Eastdil Secured, LLC* |
| Douglas H. Flaum<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br><br>*Counsel for Defendant Harry Macklowe* | Howard W. Goldstein<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br><br>*Counsel for Defendant Fried, Frank, Harris, Shriver & Jacobson LLP* |

George Berger
Jeffrey L. Shore
Phillips Nizer LLP
666 Fifth Ave. ~ 28th Floor
New York, NY 10103

*Counsel for Defendants 767 Manager, LLC and Donald J. Trump*

Benito Romano
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for Defendants George Soros, Soros Fund Management LLC, and SFM Management, LLC*

Ken Lee
Hughes Hubbard & Reed LLP
One Battery Park Place
New York, NY 10004

*Counsel for Defendant Lazard Freres & Co., LLC*

 

 

 

 

                                                        S. Maja Fabula

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. ET AL, <br> Plaintiff, <br><br> - v - <br><br> GEORGE SOROS, ET AL., <br> Defendants. | No. 08 CV 7900 (BSJ) (THK) <br><br> ECF Case <br><br> **AFFIDAVIT OF SANDRA MAJA FABULA IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

### AFFIDAVIT OF SANDRA MAJA FABULA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF ILLINOIS         )
                          )   ss.:
COUNTY OF COOK COUNTY     )

Sandra Maja Fabula, being duly sworn, hereby deposes and says as follows:

1. I am Sandra Maja Fabula, counsel for Defendants Conseco Inc., Carmel Fifth LLC, and Kirkland & Ellis LLP. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Reed S. Oslan as counsel *pro hac vice* to represent Defendants Conseco Inc., Carmel Fifth LLC, and Kirkland & Ellis LLP in this matter.

2. I am a member in good standing of the bar of the New York, and was admitted to practice law on September 28, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Applicant Reed S. Oslan is a partner at the firm of Kirkland & Ellis LLP, 200 E. Randolph Drive, Chicago, Illinois, 60601. I have known Mr. Oslan since September 2006.

4. I have found Mr. Oslan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Mr. Oslan has never been denied admission or disciplined by any court.

6. Accordingly, I am pleased to move the admission of Reed S. Oslan, *pro hac vice*.

7. In support of this motion, I submit Mr. Oslan's affidavit, including a copy of the certificate of good standing certifying his status as a member of the Illinois State Bar, as Exhibit A hereto. Copies of Mr. Oslan's other certificates will be provided upon request.

8. I respectfully submit a proposed order gaining the admission of Reed S. Oslan, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Reed S. Oslan, *pro hac vice*, to represent Defendants Conseco Inc., Carmel Fifth LLC, and Kirkland & Ellis LLP in the above captioned matter, be granted.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　S. Maja Fabula

Sworn to before me this
6th day of November 2008

_____
Notary Public

OFFICIAL SEAL
SHARON Y. CANNON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE DICK WORLDWIDE, LTD. ET AL,
Plaintiff,

- v -

GEORGE SOROS, ET AL.,
Defendants.

No. 08 CV 7900 (BSJ) (THK)

ECF Case

## AFFIDAVIT OF REED S. OSLAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Reed S. Oslan, file this Affidavit in support of Defendants Conseco, Inc., Conseco Services, LLC and Kirkland & Ellis's Motion for Admission *Pro Hac Vice*, and hereby state as follows:

1. I am admitted to practice in, and am a member in good standing of, the Bars of the States of Illinois and Indiana. I am also admitted to practice in the U.S. Courts of Appeals for the Sixth and Seventh Circuits and the United States District Courts for the Northern District of Indiana, the Southern District of Indiana, the Eastern District of Missouri, the Northern District of Illinois, and the Western District of Michigan. A certificate of good standing certifying my status as a member of the Illinois Bar is attached. If certificates are needed for other courts, I will provide them.

2. I have never been the subject of disciplinary action by the bars or courts of any jurisdiction which I am licensed.

3. I have never been denied admission to any court to which I have applied.

4. My office address, telephone number and fax number are included below by signature.

5.      Kirkland & Ellis LLP has been retained to represent Defendants Conseco, Inc. and Carmel Fifth, LLC in this action. Kirkland & Ellis LLP will be representing itself in this action. I am a Partner in Kirkland & Ellis LLP.

*(signature)*
Reed S. Oslan
Ill. Bar No. 6203342
Kirkland & Ellis LLP
200 E. Randolph Dr.
312 861-2000
312 861-2200

Sworn to before me this
4th day of November, 2008

*(signature)*
Notary Public in and for the State of Illinois

My Commission Expires: 10/14/2009

OFFICIAL SEAL
SHARON Y. CANNON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2009

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Reed Stuart Oslan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 10, 1990 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, October 28, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. ET AL, <br> Plaintiff, <br><br> - v - <br><br> GEORGE SOROS, ET AL., <br> Defendants. | No. 08 CV 7900 (BSJ) (THK) <br><br> ECF Case <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Sandra Maja Fabula, attorney for Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis LLP, and said sponsor attorney's affidavit of support, it is hereby ordered that:

Reed S. Oslan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000
(312) 861-2200

is admitted to practice *pro hac vice* as counsel for Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis LLP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York

_____
United States District Judge