## CERTIFICATE OF SERVICE

I, Laura Sulem, one of the attorneys for defendant Eastdil Secured, LLC herein, certify under penalties of perjury that on November 17, 2008, I caused to be served a copy of the attached Rule 7.1 Disclosure Statement by First Class Mail, upon the following:

David H. Relkin, Esq.
Law Offices of David H. Relkin
575 Eighth Avenue, Suite 1706
New York, New York 10018

*Attorneys for Plaintiffs*

Benito Romano, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

*Attorneys for Defendants George Soros and Soros Fund Management, LLC*

Sandra Maja Fabula, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Attorneys for Defendants Conseco, Inc. and Kirkland & Ellis, LLP*

Robert Joseph Giuffra, Jr., Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

*Attorneys for Defendant Vornado Realty Trust*

David Keith Momborquette, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Defendant Cerberus Capital Management, LP*

Howard W. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant Fried, Frank, Harris, Shriver & Jacobson LLP*

Douglas H. Flaum, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant Harry Macklowe*

Stephanie J. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

*Attorneys for Defendant Harry Macklowe*

| | |
|---|---|
| Howard O. Godnick, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br><br>*Attorneys for Defendant Cerberus Capital Management, LP* | Jerome S. Hirsch, Esq.<br>Skadden, Arps, Slate, Meagher, & Flom LLP<br>Four Times Square<br>New York, New York 10036<br><br>*Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.* |
| Kenneth E. Lee, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004<br><br>*Attorneys for Defendant Lazard Frères & Co. LLC* | Scott D. Musoff, Esq.<br>Skadden, Arps, Slate, Meagher, & Flom LLP<br>Four Times Square<br>New York, New York 10036<br><br>*Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.* |
| Thomas G. Rafferty, Esq.<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br><br>*Attorneys for Defendant Lazard Frères & Co. LLC* | Charles R. Korsmo, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br><br>*Attorneys for Defendant Vornado Realty Trust* |

Dated: New York, New York
November 17, 2008

                                                     /s/ Laura Sulem
                                                  Laura Sulem