UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. ET AL, <br>                 Plaintiffs, <br><br> - v - <br><br> GEORGE SOROS, ET AL., <br>                 Defendants. | No.  08 CV 7900 (BSJ) (THK) <br><br> ECF Case <br><br> **RULE 7.1 STATEMENT** |

## DISCLOSURE STATEMENT OF CARMEL FIFTH, L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for CARMEL FIFTH, L.L.C. (a non-governmental corporate party) makes the following disclosure statement:

**I.     PARENT CORPORATION**

The parent corporations of Carmel Fifth, L.L.C. are Bankers' Life and Casualty Company; Conseco Senior Health Insurance Company; Washington National Insurance Company; Conseco Insurance Company; Bankers' Life Insurance Company of Illinois; Conseco Life Insurance Company of Texas; CDOC, Inc.; and Conseco, Inc. (a Delaware corporation).

**II.    PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF THE STOCK OF CARMEL FIFTH, L.L.C.**

As of November 18, 2008, Conseco, Inc. (a Delaware corporation) indirectly owns 100% of Carmel Fifth, L.L.C.

Date:  November 18, 2008                                     Respectfully submitted,

                                                                            s/

KIRKLAND & ELLIS LLP
Reed S. Oslan , P.C (admitted *pro hac vice*)
Maja S. Fabula  (admitted *pro hac vice*)
200 E. Randolph Dr.
Chicago, IL  60601
(312) 861-2000
(312) 861-2200

Counsel for Defendants Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis LLP