UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. ET AL,<br>            Plaintiffs,<br><br>- v -<br><br>GEORGE SOROS, ET AL.,<br>                        Defendants. | No.  08 CV 7900 (BSJ) (THK)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

## DISCLOSURE STATEMENT OF CONSECO, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for CONSECO, INC. (a non-governmental dissolved corporate party formerly incorporated in Indiana) makes the following disclosure statement:

**I.  PARENT CORPORATION**

None.

**II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF THE STOCK OF CONSECO, INC.**

None.

**III. STATUS OF CORPORATION**

Dissolved.

Date:  November 18, 2008                                    Respectfully submitted,

                                                                              _____s/_____

KIRKLAND & ELLIS LLP
Reed S. Oslan , P.C (admitted *pro hac vice*)
Maja S. Fabula  (admitted *pro hac vice*)
200 E. Randolph Dr.
Chicago, IL  60601
(312) 861-2000
(312) 861-2200

Counsel for Defendants Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis LLP