Jacqueline G. Veit
Laura Sulem
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300

*Attorneys for Defendant*
*Eastdil Secured, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESLIE DICK WORLDWIDE, LTD and LESLIE DICK,

        Plaintiffs,

   -against-

GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10,"

        Defendants.

08-CV- 7900 (BSJ)

ECF CASE

---

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel to Eastdil Secured, LLC, states that Eastdil Secured, LLC is an indirect wholly owned subsidiary of Wells Fargo & Co., a publicly held company.

440713.2

| | |
|---|---|
| Dated: New York, New York<br>November 17, 2008 | Respectfully Submitted,<br><br>GOLENBOCK EISEMAN ASSOR<br>BELL & PESKOE LLP<br><br>By:  /s/ Jacqueline G. Veit<br>    Jacqueline G. Veit, Esq. (JV-2935)<br>    Laura Sulem (LS-6621)<br>    437 Madison Avenue, 35th Floor<br>    New York, New York 10022<br>    (212) 907-7300<br>    jveit@golenbock.com<br>    lsulem@golenbock.com<br><br>    *Attorneys for Defendant*<br>    *Eastdil Secured, LLC* |

440713.2

2