UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
LESLIE DICK WORLDWIDE and LESLIE :
DICK, :
 :
              Plaintiffs, : No. 08-cv-7900 (BSJ)
vs. :
 : ECF Case
GEORGE SOROS et al., :
 :
              Defendants. :
---------------------------------------------------------x

### RULE 7.1 DISCLOSURE STATEMENT OF VORNADO REALTY TRUST

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Vornado Realty Trust states that Vornado Realty Trust is a fully-integrated real estate investment trust. Vornado Realty Trust has no parent corporations, and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       November 26, 2008

                                Respectfully Submitted,

                                SULLIVAN & CROMWELL LLP

                                Robert J. Giuffra, Jr. (RG 9969)
                                giuffrar@sullcrom.com
                                Charles R. Korsmo (CK 2761)
                                korsmoc@sullcrom.com
                                125 Broad Street
                                New York, New York  10004
                                (212) 558-4000

                                *Counsel for Defendants Vornado Realty Trust*