# WILLKIE FARR & GALLAGHER LLP

BENITO ROMANO

November 5, 2008

**VIA FACSIMILE**

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Fax: (212) 805-6191

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/08

Re: *Leslie Dick Worldwide, Ltd. et al. v. George Soros et al.*, Case No. 08 Civ. 7900

Dear Judge Jones:

We represent defendants George Soros and Soros Fund Management LLC in the above-captioned action and have been authorized to submit this letter on behalf of certain counsel and defendants referenced in the October 31, 2008 letter from David Relkin to the Court. While we see nothing in the October 31 letter requiring a response, we will of course provide one should the court deem a response necessary.

Respectfully submitted,

Benito Romano

cc: David H. Relkin, Esq. (via Fax)
All Defense Counsel

*[Handwritten note:]* By December 8, 2008, the Court would like a brief response to Plaintiff's request to file a disqualification motion and Defendants' views on whether such motion should be decided before responses to the Complaint are filed.

**SO ORDERED**
12/1/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

NEW YORK  WASHINGTON  PARIS  LONDON  MILAN  ROME  FRANKFURT  BRUSSELS

TOTAL P.02