UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK, | : | 08-CV-07900 (BSJ) |
| | : | |
| Plaintiffs, | : | |
| | : | <u>RULE 7.1 STATEMENT</u> |
| v. | : | |
| | : | ECF Case |
| GEORGE SOROS, ET. AL., | : | |
| | : | Electronically Filed |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Defendant Deutsche Bank AG, New York Branch states that it is a branch of Deutsche Bank AG.  Defendant German American Capital Corp. states that it is an indirect wholly owned subsidiary of Deutsche Bank AG.

       Deutsche Bank AG has no parent corporation and no publicly held company owns more than 10% of the stock of Deutsche Bank AG.

Dated: New York, New York
       December 5, 2008

                                            */s/*

                              Jerome S. Hirsch (jerome.hirsch@skadden.com)
                              Scott D. Musoff (scott.musoff@skadden.com)
                              SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP
                              Four Times Square
                              New York, New York  10036
                              (212) 735-3000

                              Attorneys for Defendants Deutsche Bank AG,
                              New York Branch and German American
                              Capital Corp.