George Berger (GB-8924)
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212)977-9700
gberger@phillipsnizer.com

*Attorneys for Defendants*
*767 Manager, LLC and*
*Donald J. Trump*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
LESLIE DICK WORLDWIDE, LTD. and LESLIE
DICK,                                                                  :   No: 08 CV 7900 (BSJ) (THK)

      Plaintiffs,              :

   - against -                                  :   **ECF CASE**
             **ELECTRONICALLY FILED**

GEORGE SOROS, SOROS FUND                     :
MANAGEMENT LLC, SFM MANAGEMENT,     **RULE 7.1 STATEMENT**
LLC, CONSECO, INC., VORNADO REALTY    :
TRUST, GERMAN AMERICAN CAPITAL
CORP., DEUTSCHE BANK, AG., EASTDIL      :
SECURED, LLC, HARRY MACKLOWE, FIG,
LLC, CERBERUS CAPITAL MANAGEMENT,   :
LP, LAZARD FRERES & CO., LLC, KIRKLAND
& ELLIS, LLP, FRIED, FRANK, HARRIS,         :
SHRIVER & JACOBSON LLP, CARMEL FIFTH,
LLC, 767 MANAGER, LLC, DONALD J. TRUMP :
and John Does "1" through "10",
:
      Defendants.
:
------------------------------------------------------------ x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant 767 Manager, LLC (a private non-governmental party) states that 767 Manager, LLC

1059293.1

has no parent corporations, and no publicly held company owns 10% or more of its equity interest.

Dated: New York, New York
December 5, 2008

PHILLIPS NIZER LLP

By: /s/ George Berger
George Berger (GB 8924)

666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700

*Attorneys for Defendants*
*767 Manager LLC and Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that I arranged for this document to be electronically filed on December 5, 2008, thereby serving counsel for Plaintiffs and Defendants.

December 5, 2008

/s/ George Berger (GB 8924)

1059293.1