Kenneth E. Lee
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
212-837-6000 (telephone)
212-422-4726 (facsimile)
leek@hugheshubbard.com

Attorneys for Defendant Lazard Frères & Co. LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD and LESLIE DICK,<br><br>Plaintiffs,<br><br>-v-<br><br>GEORGE SOROS, SOROS FUND MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO. LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10,"<br><br>Defendants. | 08-CV-7900 (BSJ)<br><br>ECF CASE |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel to Lazard Frères & Co. LLC, states that Lazard Frères & Co. LLC is a wholly-owned subsidiary of Lazard Group, which is owned by Lazard Ltd., a publicly held company.

Dated: December 8, 2008

        HUGHES HUBBARD & REED LLP

        By: _/s/ Kenneth E. Lee_____
            Kenneth E. Lee (KL-6718)

        Attorneys for Defendant Lazard Frères & Co. LLC