

# David H. Relkin

Attorney at Law

575 Eighth Avenue
Suite 1706
New York, New York 10018-3049
(212) 244-8722

FAX
(212) 580-4409

December 8, 2008



**VIA FAX**
Hon. Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1660
New York, NY 10007-1312

      Re:    Leslie Dick Worldwide, Ltd. v. Soros, et al.;
              08 CV 7900 (BSJ) (THK) (ECF);

Honorable Judge Katz:

    I submit this letter in response to your endorsed Order dated December 8, 2008. I ask that you reconsider your Decision in light of my response faxed to you yesterday since it appears that you signed your order before reading my response which was filed after the close of business. (I received a confirmation that you received my letter so I am not sending you another copy. If you don't have it, please advise me and I will, of course, provide it to you.)

    I believe that it is in the interest of Justice to grant plaintiffs' motion to stay any motions by defendants in this action and that there is no prejudice to the defendants in granting plaintiffs' motion.

                                  Sincerely,

                                *David H. Relkin*

                                David H. Relkin

DHR\mw
cc: All appearing counsel (via email)

*[Handwritten endorsement:]* The Court maintains the view that the motions to dismiss need not be stayed pending the filing and resolution of a motion for disqualification.

**SO ORDERED**
12/10/08  /s/ Theodore H. Katz
**THEODORE H. KATZ**
**UNITED STATES MAGISTRATE JUDGE**