```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LESLIE DICK WORLDWIDE, LTD., et al,  :
                                     :
                         Plaintiffs, :
                                     :
            -against-                :
                                     :  08 Civ. 7900 (BSJ)(THK)
GEORGE SOROS, et al.,                :
                                     :         ORDER
                                     :
                         Defendants. :
------------------------------------X
```

**THEODORE H. KATZ, United States Magistrate Judge.**

Plaintiffs have moved, by Order to Show Cause, for expedited discovery and a temporary restraining order enjoining Defendants from filing their motions to dismiss until (1) after the completion of the expedited discovery and (2) Plaintiffs' are given an opportunity to file motions to disqualify Defendants' counsel. **Plaintiffs' motion is denied.**

The Court has already ruled that the motions to dismiss, other than the one to be filed by Phillips Nizer, will not be stayed. Plaintiffs' allegations that Phillips Nizer acquired confidential information from Plaintiffs and is likely to have shared that information with other Defendants — are only allegations. The substance of the allegations will be addressed after Plaintiffs' disqualification motion is fully briefed.

In any event, the allegations have no relevance to the filing of motions to dismiss. Such motions will, by definition, be

addressed to the sufficiency of Plaintiffs' Complaint, i.e., whether it states viable claims for relief. Plaintiffs' confidential communications have no bearing on such motions.

Accordingly, Plaintiffs have not demonstrated that expedited discovery is justified or that there is a sound basis to stay the filing of motions to dismiss.

So Ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2008
       New York, New York