UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESLIE DICK WORLDWIDE, LTD. and
LESLIE DICK,

                    *Plaintiffs,*

                v.

GEORGE SOROS, SOROS FUND
MANAGEMENT, LLC, SFM
MANAGEMENT, LLC, CONSECO, INC.,
VORNADO REALTY TRUST, GERMAN
AMERICAN CAPITAL CORPORATION,
DEUTSCHE BANK AG, EASTDIL
SECURED, LLC, HARRY MACKLOWE,
FIG, LLC, CERBERUS CAPITAL
MANAGEMENT, LP, LAZARD FRERES &
CO. LLC, KIRKLAND & ELLIS, LLP, FRIED
FRANK HARRIS SHRIVER & JACOBSON
LLP, CARMEL FIFTH, LLC, 767 MANAGER
LLC, DONALD J. TRUMP and JOHN DOES
"1" THROUGH "10,"

                    *Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 08 Civ. 7900 (BSJ)

ECF Case

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that, upon the Complaint, the accompanying

Declaration of Robert J. Giuffra, Jr., the accompanying Memorandum of Law in Support of

Defendant Vornado Realty Trust's Motion to Dismiss and the memoranda filed concurrently

herewith by the other defendants to this action in support of their motions to dismiss, Vornado

Realty Trust will move this Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of

Civil Procedure, before the Honorable Barbara S. Jones, at the United States Courthouse, 500

Pearl Street, New York, New York 10007, at a time and place to be determined by the Court, for

- 2 -

an Order dismissing plaintiff's complaint in its entirety, and for such further and other relief that

the Court may deem just and proper.

Respectfully submitted,

Robert J. Giuffra, Jr. (RG-9969)
Charles R. Korsmo (CK-2761)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York
Tel.:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Defendant Vornado Realty Trust*

December 22, 2008

TO:     David H. Relkin
        575 Eighth Avenue, Suite 1706
        New York, New York 10018
        (212) 244-8722

        *Attorney for Plaintiffs*