UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LESLIE DICK WORLDWIDE, LTD. and
LESLIE DICK,

        *Plaintiffs*,

    v.

GEORGE SOROS, SOROS FUND
MANAGEMENT, LLC, SFM
MANAGEMENT, LLC, CONSECO, INC.,
VORNADO REALTY TRUST, GERMAN
AMERICAN CAPITAL CORPORATION,
DEUTSCHE BANK AG, EASTDIL
SECURED, LLC, HARRY MACKLOWE,
FIG, LLC, CERBERUS CAPITAL
MANAGEMENT, LP, LAZARD FRERES &
CO. LLC, KIRKLAND & ELLIS, LLP, FRIED
FRANK HARRIS SHRIVER & JACOBSON
LLP, CARMEL FIFTH, LLC, 767 MANAGER
LLC, DONALD J. TRUMP and JOHN DOES
"1" THROUGH "10,"

        *Defendants*.

------------------------------------x

No. 08 Civ. 7900 (BSJ)

ECF Case

## DECLARATION OF ROBERT J. GIUFFRA, JR.

    I, Robert J. Giuffra, Jr., hereby declare under penalty of perjury that the following is true and correct:

    1.    I am a member of the Bar of this Court and of the law firm of Sullivan & Cromwell LLP, counsel for Defendant Vornado Realty Trust ("Vornado") in the above-captioned action.

    2.    I submit this Declaration in support of Vornado's Motion to Dismiss Plaintiffs' Complaint, to place before the Court certain materials referred to in the Memorandum in

- 2 -

Support of Vornado's Motion to Dismiss. I am familiar with the facts and circumstances described herein.

3. Attached as Exhibit A hereto is a true and correct copy of the plaintiffs' Complaint, dated September 8, 2008, and filed September 10, 2008.

4. Attached as Exhibit B hereto is a copy of a letter by David H. Relkin dated December 10, 2008, addressed to United States Magistrate Judge Theodore H. Katz.

Dated:   New York, New York
         December 22, 2008

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.