UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------  x
LESLIE DICK WORLDWIDE, LTD. and LESLIE  :
DICK,  :
   :
        Plaintiffs,  : Hon. Barbara S. Jones
  v.  :
   : 08-CV-7900 (BSJ) (THK)
GEORGE SOROS, SOROS FUND MANAGEMENT  :
LLC, SFM MANAGEMENT, LLC, CONSECO, INC.,  : ECF Case
VORNADO REALTY TRUST, GERMAN  :
AMERICAN CAPITAL CORP., DEUTSCHE BANK,  : **NOTICE OF MOTION**
AG., EASTDIL SECURED, LLC, HARRY  :
MACKLOWE, FIG, LLC, CERBERUS CAPITAL  :
MANAGEMENT, LP, LAZARD FRERES & CO.,  :
LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK,  :
HARRIS, SHRIVER & JACOBSON LLP, CARMEL  :
FIFTH, LLC, 767 MANAGER, LLC, DONALD J.  :
TRUMP and John Does "1" through "10,"  :
   :
        Defendants.  :
-----------------------------------------------------------------  x

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Cerberus Capital Management, LP's Motion to Dismiss the Complaint, and upon all prior pleadings and proceedings had herein, Cerberus Capital Management, LP will move this court before the Hon. Barbara S. Jones, Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the court, for an order dismissing the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: December 22, 2008

Respectfully submitted,

/s/ David K. Momborquette
Howard O. Godnick
David K. Momborquette
Jason Mitchell

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000
david.momborquette@srz.com

*Attorneys for Defendant Cerberus Capital Management, LP*