UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
...................................................................... x
: 
LESLIE DICK WORLDWIDE, LTD. AND :
LESLIE DICK, :
:
                       *Plaintiffs*, :
:
     -against- :
:
GEORGE SOROS, SOROS FUND :
MANAGEMENT, LLC, SFM :
MANAGEMENT, LLC, CONSECO, INC., :   Hon. Barbara S. Jones
VORNADO REALTY TRUST, GERMAN :
AMERICAN CAPITAL CORP., DEUTSCHE :   No. 08 CV 7900 (BSJ)(THK)
BANK AG., EASTDIL SECURED, LLC, :
HARRY MACKLOWE, FIG, LLC, :   ECF Case
CERBERUS CAPITAL MANAGEMENT, LP, :
LAZARD FRERES & CO., LLC, KIRKLAND :
& ELLIS, LLP, FRIED, FRANK, HARRIS, :
SHRIVER & JACOBSON LLP, CARMEL :
FIFTH, LLC, 767 MANAGER, LLC, :
DONALD J. TRUMP AND JOHN DOES "1" :
THROUGH "10," :
:
                       *Defendants*. :
:
...................................................................... x

**NOTICE OF MOTION TO DISMISS BY THE SOROS DEFENDANTS**

      PLEASE TAKE NOTICE THAT Defendants George Soros and Soros Fund Management, LLC (the "Soros Defendants"), by and through their counsel, hereby respectfully move this Court for an order dismissing the Complaint filed in the above-captioned action on September 10, 2008 by Leslie Dick Worldwide, Ltd. and Leslie Dick ("Plaintiffs") with prejudice, pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and to strike certain of Plaintiffs' allegations pursuant to Federal Rule of Civil Procedure 12(f). Please take

4617501.2

further notice that, in support of this Motion, the Soros Defendants shall rely upon the accompanying Brief In Support Of The Soros Defendants' Motion To Dismiss and Declaration Of John R. Oller In Support Of The Soros Defendants' Motion To Dismiss.

Dated: December 22, 2008

Respectfully submitted,

Benito Romano
bromano@willkie.com
John R. Oller
joller@willkie.com
Deirdre N. Hykal
dhykal@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000

*Attorneys for George Soros and Soros Fund Management, LLC*