# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT:  KARLA MOSKOWITZ                                      PART 03

Index Number : 600222/2006

LESLIE DICK WORLDWIDE LTD.

vs

MACKLOWE PROPERTIES

Sequence Number : 008

DISMISS

| | |
|---|---|
| INDEX NO. | |
| MOTION DATE | |
| MOTION SEQ. NO. | 008 |
| MOTION CAL. NO. | |

The following papers, numbered 1 to _____ were read on this motion to/for _____

FILED

**PAPERS NUMBERED**

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...

Answering Affidavits — Exhibits

JAN 30 2007

Replying Affidavits

COUNTY CLERK'S OFFICE NEW YORK

Cross-Motion:  ☐ Yes  ☐ No

Upon the foregoing papers, it is ordered that this motion by remaining defendants

to dismiss is granted pursuant to decision on record incorporated into this Order (crap: Aldonne Walker)

Clerk is directed to enter judgment dismissing action against Soros Fund Management LLC + George Soros + the remaining defendants, with prejudice, with costs + disbursements accordingly

Dated: 1/18/07

KARLA MOSKOWITZ J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Check one:  X FINAL DISPOSITION    ☐ NON-FINAL DISPOSITION

Check if appropriate:    ☐ DO NOT POST