# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

                              Plaintiffs,                       Index No. 06/600222

               -v-                                    (IAS Part 3)
                                                              (Honorable Karla Moskowitz)
MACKLOWE PROPERTIES, INC., FIFTH AVENUE
58/59 ACQUISITION CO., LP., HARRY MACKLOWE,        NOTICE OF ENTRY
EASDIL REALTY COMPANY, LLC, BENJAMIN V.          OF JUDGMENT
LAMBERT, WAYNE L. MAGGIN, GEORGE SOROS,
SOROS FUND MANAGEMENT LLC, CONSECO, INC.,
CARMEL FIFTH LLC, 767 INTERMEDIATE LLC, 767
FIFTH AVENUE LLC and CHUCK CREMENS,

                            Defendants.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that attached is a true copy of a judgment of the Supreme Court of the State of New York, County of New York, that was duly entered in the office of the Clerk of the Court on February 2, 2007.

Dated: New York, New York
         February 2, 2007

                                              BUTLER, FITZGERALD, FIVESON
                                                 & McCARTHY
                                                 A Professional Corporation

                                                 By: _____
                                                     David J. McCarthy
                                                 350 Fifth Avenue
                                                 Suite 6215
                                                 New York, New York 10118
                                                 (212) 615-2200

                                                            Stuart Potter, Esq.
                                                            c/o Soros Fund Management LLC
                                                            888 Seventh Avenue
                                                            New York, New York 10106
                                                            (212) 320-5513

                                                            Attorneys for Defendants George Soros
                                                            and Soros Fund Management LLC

TO:     Kenneth F. McCallion, Esq.
           McCALLION & ASSOCIATES LLP
           Attorneys for Plaintiffs
           24 West 40th Street
           New York, New York 10018

           EDWARD W. MILLER, ESQ.
           575 Lexington Avenue
           Suite 2840
           New York, New York 10022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

                              Plaintiffs,                 Index No. 06/600222

                -v-                                    (IAS Part 3)
                                                      (Honorable Karla Moskowitz)

MACKLOWE PROPERTIES, INC., FIFTH AVENUE
58/59 ACQUISITION CO., LP., HARRY MACKLOWE,      JUDGMENT
s\lt EASDIL REALTY COMPANY, LLC, BENJAMIN V.
LAMBERT, WAYNE L. MAGGIN, GEORGE SOROS,
SOROS FUND MANAGEMENT LLC, CONSECO, INC.,
CARMEL FIFTH LLC, 767 INTERMEDIATE LLC, 767
FIFTH AVENUE LLC and CHUCK CREMENS,

                            Defendants.
----------------------------------------------------------------X

        George Soros and Soros Fund Management LLC (the "Soros Defendants") having made a motion to dismiss plaintiffs' amended complaint in this action with prejudice pursuant to CPLR 3211, and such motion having come on for hearing before the Honorable Justice Karla Moskowitz, in Commercial Division Part 3 of the Supreme Court, at 60 Centre Street, in the Borough of Manhattan, City and State of New York, and the plaintiffs having appeared by their attorneys McCallion & Associates LLP and Edward W. Miller, Esq., and the Soros Defendants having appeared by their attorneys, Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation, and the Court, after due deliberation, by decision and order in writing dated January 18, 2007 and entered January 30, 2007, having granted the motion of the Soros Defendants to dismiss the ~~amended complaint~~ action as against them, and ordered that judgment be entered against the plaintiffs in favor of the Soros Defendants, and directed the Clerk enter judgment accordingly,

        Now, on motion of Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation, attorneys for the Soros Defendants, it is

ADJUDGED that the ~~plaintiffs' amended complaint~~ action is dismissed as to defendants George Soros and Soros Fund Management LLC, with prejudice.

Judgment signed this 2nd day of February, 2007, ~~at New York, New York~~.

_____
Clerk

FILED
FEB 0 2 2007
NEW YORK
COUNTY CLERK'S OFFICE