UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK, | : | 08-CV-07900 (BSJ) |
| Plaintiffs, | : | ECF Case |
| v. | : | Electronically Filed |
| GEORGE SOROS, et al., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE</u>

**PLEASE TAKE NOTICE**, that upon the Complaint, accompanying

Memorandum of Law in Support of the Deutsche Bank Defendants' Motion to Dismiss the

Complaint with Prejudice, and any other applicable papers submitted by co-defendants in

support of motions to dismiss and any other prior papers or proceedings herein, defendants

Deutsche Bank AG, New York Branch and German American Capital Corp. (collectively, the

"Deutsche Bank Defendants"), by and through their undersigned attorneys, will move this Court

before the Honorable Barbara S. Jones on a date and time to be designated by the Court, in the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007,

pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, for an Order

dismissing the Complaint in its entirety with prejudice and granting the Deutsche Bank

Defendants such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        December 22, 2008

   /s/ Jerome S. Hirsch
Jerome S. Hirsch (jerome.hirsch@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Defendants Deutsche Bank AG,
 New York Branch and German American
 Capital Corp.