Jacqueline G. Veit
Laura Sulem
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
*Attorneys for Defendant*
*Eastdil Secured, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESLIE DICK WORLDWIDE, LTD and LESLIE DICK,

        Plaintiffs,

  -against-

GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10,"

        Defendants.

08-CV- 7900 (BSJ) (THK)

ECF CASE

---

## NOTICE OF MOTION TO DISMISS BY EASTDIL SECURED, LLC

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Its Motion to Dismiss the Complaint, as well as the Brief in Support of the Soros Defendants' Motion to Dismiss, filed concurrently herewith, defendant Eastdil Secured, LLC, by its counsel, Golenbock Eiseman Assor Bell & Peskoe LLP, will move this Court before the Honorable Barbara S. Jones, at the United States Courthouse, 500

446211.1

Pearl Street, New York, New York 10007, at a time and place to be determined by the Court, for an order dismissing the complaint filed by plaintiffs Leslie Dick Worldwide, Ltd. and Leslie Dick with prejudice, pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6).

Dated: New York, New York
December 22, 2008

Respectfully Submitted,

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By: /s/ Jacqueline G. Veit
    Jacqueline G. Veit (JV-2935)
    Laura Sulem (LS-6621)

437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
jveit@golenbock.com
lsulem@golenbock.com

*Attorneys for Defendant Eastdil Secured, LLC*

446211.1

2