## CERTIFICATE OF SERVICE

I, Laura Sulem, one of the attorneys for defendant Eastdil Secured, LLC herein, certify under penalties of perjury that on December 22, 2008, I caused to be served a copy of the attached Defendant Eastdil Secured, LLC's Memorandum of Law in Support of Its Motion to Dismiss the Complaint (the "Eastdil Memorandum") by Hand Delivery, upon the following:

David H. Relkin, Esq.
Law Offices of David H. Relkin
575 Eighth Avenue, Suite 1706
New York, New York 10018

*Attorneys for Plaintiffs*

I also caused to be served a copy of the Eastdil Memorandum by First Class Mail, upon the following:

| | |
|---|---|
| Reed S. Oslan, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br><br>*Attorneys for Defendants*<br>*Conseco, Inc. and Kirkland & Ellis, LLP* | Robert Joseph Giuffra, Jr., Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br><br>*Attorneys for Defendant*<br>*Vornado Realty Trust* |
| Howard O. Godnick, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br><br>*Attorneys for Defendant*<br>*Cerberus Capital Management, LP* | Howard W. Goldstein, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br><br>*Attorneys for Defendant*<br>*Fried, Frank, Harris, Shriver & Jacobson LLP* |
| Douglas H. Flaum, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br><br>*Attorneys for Defendant*<br>*Harry Macklowe* | Marc E. Kasowitz, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019<br><br>*Attorneys for Defendant FIG, LLC* |

*446178.1*

George Berger, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103

*Attorneys for Donald J. Trump and 767 Manager, LLC*

Kenneth E. Lee, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

*Attorneys for Defendant Lazard Frères & Co. LLC*

Benito Romano, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

*Attorneys for Defendants George Soros and Soros Fund Management, LLC*

Dated: New York, New York
       December 22, 2008

Jerome S. Hirsch, Esq.
Skadden, Arps, Slate, Meagher, & Flom LLP
Four Times Square
New York, New York 10036

*Attorneys for Defendants Deutsche Bank AG, New York Branch and German American Capital Corp.*

Thomas G. Rafferty, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

*Attorneys for Defendant Lazard Frères & Co. LLC*

                                    /s/ Laura Sulem
                                    Laura Sulem