UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. AND LESLIE DICK,<br><br>                             Plaintiffs,<br><br>-against-<br><br>GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG, EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRÈRES & CO. LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP AND JOHN DOES "1" THROUGH "10,"<br><br>                             Defendants. | Hon. Barbara S. Jones<br><br>No. 08 CV 7900 (BSJ) (THK)<br><br>ECF Case |

## NOTICE OF MOTION TO DISMISS BY LAZARD FRÈRES & CO. LLC

       PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Lazard Frères & Co. LLC in Support of Motion to Dismiss, Declaration of Kenneth E. Lee in Support of Lazard's Frères & Co. LLC's Motion to Dismiss, and all prior pleadings and papers filed in this action, Lazard Frères & Co. LLC ("Lazard") by and through its attorneys, respectfully moves this Court, before the Honorable Barbara S. Jones, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Complaint filed in the above-captioned matter on September 10, 2008 by Leslie Dick

Worldwide, Ltd and Leslie Dick ("Plaintiffs") with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: December 22, 2008  
      New York, New York

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Kenneth E. Lee

Kenneth E. Lee (KL-6718)  
leek@hugheshubbard.com  
One Battery Park Plaza  
New York, New York 10004  
(212) 837-6000

CRAVATH SWAINE & MOORE LLP  
Thomas G. Rafferty (TR-3336)  
trafferty@cravath.com  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY 10019  
(212) 474-1000

*Attorneys for Lazard Frères & Co. LLC*