Douglas H. Flaum
douglas.flaum@friedfrank.com
Stephanie J. Goldstein
stephanie.goldstein@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
212-859-8259 (telephone)
212-859-4000 (facsimile)

Attorneys for Defendant
Harry Macklowe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................................ x
                                                                                        :
LESLIE DICK WORLDWIDE, LTD. and                                                         :
LESLIE DICK,                                                                            :
                                                                                        :
                        *Plaintiffs*,                                        :
                                                                                        :
                -against-                                                    :
                                                                                        :
GEORGE SOROS, SOROS FUND                                                                :
MANAGEMENT, LLC, SFM                                                                    :
MANAGEMENT, LLC, CONSECO, INC.,                                                         :   No. 08 CV 7900 (BSJ/THK)
VORNADO REALTY TRUST, GERMAN                                                            :
AMERICAN CAPITAL CORPORATION,                                                           :   ECF Case
DEUTSCHE BANK AG, EASTDIL                                                               :
SECURED, LLC, HARRY MACKLOWE,                                                           :   **NOTICE OF MOTION**
FIG, LLC, CERBERUS CAPITAL                                                              :
MANAGEMENT, LP., LAZARD FRERES &                                                        :
CO. LLC, KIRKLAND & ELLIS, LLP, FRIED                                                   :
FRANK HARRIS SHRIVER & JACOBSON                                                         :
LLP, CARMEL FIFTH, LLC, 767 MANAGER,                                                    :
LLC, DONALD J. TRUMP and JOHN DOES                                                      :
"1" THROUGH "10,"                                                                       :
                                                                                        :
                        *Defendants*.                                         :
                                                                                        :
                                                                                        :
................................................................................ X

PLEASE TAKE NOTICE that defendant Harry Macklowe by his undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), will move before the Honorable Barbara S. Jones, U.S.D.J., at the United States District Courthouse, 500 Pearl Street, New York, New York, 10007, Courtroom 610, on a date and at a time to be determined by the Court, for an Order (i) granting Harry Macklowe's motion to dismiss the Complaint without leave to amend and the action with prejudice, and (ii) granting Mr. Macklowe such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Harry Macklowe shall rely upon the accompanying Memorandum of Law in Support of Harry Macklowe's Motion to Dismiss the Action with Prejudice, the Declaration of Stephanie J. Goldstein in support of Harry Macklowe's Motion to Dismiss the Action with Prejudice, and the Brief in Support of the Soros Defendant's Motion to Dismiss ("Soros Brief").

Dated: New York, New York
December 22, 2008

FRIED FRANK HARRIS SHRIVER
 & JACOBSON LLP

By: /s/ *Douglas H. Flaum*
Douglas H. Flaum
Stephanie J. Goldstein

douglas.flaum@friedfrank.com
stephanie.goldstein@friedfrank.com
One New York Plaza
New York, NY 10004-1980
(212) 859-8259

Attorneys for Defendant
Harry Macklowe