Howard W. Goldstein
howard.goldstein@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
212-859-8502 (telephone)
212-859-4000 (facsimile)

Attorneys for Defendant
Fried, Frank, Harris, Shriver & Jacobson LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................x
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

         *Plaintiffs*,

  -against-

GEORGE SOROS, SOROS FUND MANAGEMENT, LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORPORATION, DEUTSCHE BANK AG, EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP., LAZARD FRERES & CO. LLC, KIRKLAND & ELLIS, LLP, FRIED FRANK HARRIS SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and JOHN DOES "1" THROUGH "10,"

         *Defendants*.
................................................................x

No. 08 CV 7900 (BSJ/THK)

ECF Case

**RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Defendant (a private non-governmental party) certifies as follows:

Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") is a limited liability partnership, has no parent corporation, and no publicly held corporation owns any interest in Fried Frank.

Dated: New York, New York
       December 22, 2008

                          FRIED, FRANK, HARRIS, SHRIVER
                                 & JACOBSON LLP

                          By:  /s/ *Howard W. Goldstein*
                                Howard W. Goldstein

                          howard.goldstein@friedfrank.com
                          One New York Plaza
                          New York, NY 10004-1980
                          (212) 859-8000

                          Attorneys for Defendant
                          Fried, Frank, Harris, Shriver &
                           Jacobson LLP