UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LESLIE DICK WORLDWIDE, LTD. and  :
LESLIE DICK,                     :
                                 :
                     Plaintiffs, :
                                 :
          v.                     :  No. 08 Civ. 7900 (BSJ) (THK)
                                 :
GEORGE SOROS, SOROS FUND         :
MANAGEMENT, LLC, SFM             :
MANAGEMENT, LLC, CONSECO, INC.   :  **RULE 7.1 STATEMENT**
VORNADO REALTY TRUST, GERMAN     :
AMERICAN CAPITAL CORP., DEUTSCHE :
BANK, AG., EASTDIL SECURED, LLC, :  ECF CASE
HARRY MACKLOWE, FIG, LLC, CERBERUS :
CAPITAL MANAGEMENT, LP, LAZARD   :
FRERES & CO. LLC, KIRKLAND & ELLIS, LLP,:
FRIED, FRANK, HARRIS, SHRIVER &  :
JACOBSON LLP, CARMEL FIFTH, LLC, :
CARMEL FIFTH, LLC, 767 MANAGER, LLC, :
DONALD J. TRUMP                  :
and John Does "1" through "10,"  :
                                 :
                     Defendants. :
------------------------------------------------------------x

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant FIG LLC (a private non-governmental party) make the following disclosure:  Fortress Investment Group LLC (a publicly-traded Delaware limited liability corporation) is the ultimate parent, and indirectly owns 100%, of FIG LLC.

Dated:  New York, New York
        December 22, 2008

                              KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                              By:    /s Albert Shemmy Mishaan
                                  Marc E. Kasowitz (mkasowitz@kasowitz.com)
                                  Albert Shemmy Mishaan (amishaan@kasowitz.com)
                                  Kenneth R. David (kdavid@kasowitz.com)

                              1633 Broadway
                              New York, NY  10019
                              (212) 506-1700
                              *Attorneys for Defendant FIG LLC*