UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK, <br><br>                    Plaintiffs, <br><br> - v - <br><br> GEORGE SOROS, ET AL., <br><br>                    Defendants. | No.  08 CV 7900 (BSJ) (THK) <br><br> ECF Case |

## DECLARATION OF S. MAJA FABULA

Sandra Maja Fabula hereby declares as follows:

1. I am an associate at Kirkland & Ellis LLP, counsel for the Defendants, Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis LLP in the above-referenced matter.  I submit this Declaration in support of their Motion to Dismiss.

2. Attached as Exhibit 1 is a copy of a Notice of Dissolution filed by Defendant Conseco, Inc.

I declare under penalty of perjury that the following is true and correct.

December 22, 2008

                                                                       /s/  Sandra Maja Fabula
                                                                         Sandra Maja Fabula