# State of Indiana
## Office of the Secretary of State

### CERTIFICATE OF DISSOLUTION

of

### CONSECO, INC.

I, TODD ROKITA, Secretary of State of Indiana, hereby certify that Articles of Dissolution of the above For-Profit Domestic Corporation have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Corporation Law.

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, November 19, 2003.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, November 19, 2003.

TODD ROKITA,
SECRETARY OF STATE

197908-754 / 2003112061222

APPROVED
AND
FILED



**ARTICLES OF DISSOLUTION OF A CORPORATION**
State Form 4871 (R7 / 4-85)
Approved by the State Board of Accounts 1995

IND. SE

**INSTRUCTIONS:** Use 8 1/2" x 11" white paper for inserts.
Present the original and one copy to address in upper right hand corner of this form.
Please TYPE or PRINT.

RECEIVED
03 NOV 19 AM 11: 29
CORPORATIONS DIV.

TODD ROKITA
SECRETARY OF STATE
CORPORATIONS DIVISION
302 W. Washington St., Rm. E018
Indianapolis, IN 46204
Telephone: (317) 232-6576

Indiana Code 23-1-45-3

Filing Fee: $38.00

---

## ARTICLES OF DISSOLUTION OF

### Conseco, Inc.
Name of Corporation

The above corporation (hereinafter referred to as the "Corporation") desiring to give notice of corporate action authorizing and effectuating the dissolution of the Corporation pursuant to the provisions of the Indiana Business Corporation Law, sets forth the following:

**ARTICLE I. NAME**

| Name of Corporation | Date of Incorporation |
|---|---|
| Conseco, Inc. | 28 August 1979 |

**ARTICLE II. AUTHORIZATION**

The date of dissolution was authorized pursuant to Indiana Code 23-1-45-2 _____ 20 October ____, 19 2003.

**ARTICLE III. VOTE OF SHAREHOLDERS**

| VOTES CAST FOR OR AGAINST DISSOLUTION | TOTAL | SHARES ENTITLED TO VOTE AS A CLASS | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| SHARES ENTITLED TO VOTE | 1 | | | |
| SHARES VOTED IN FAVOR | 1 | | | |
| SHARES VOTED AGAINST | 0 | | | |

The total number of votes cast for dissolution was sufficient for approval.    ☒ Yes  ☐ No

In Witness Whereof, the undersigned being the _____ **President and Chief Executive Officer**
Title

of the Corporation executes these Articles of Dissolution and verifies, subject to the penalties of perjury, that the statements contained

herein are true, this __20__ day of ____October____, 19 2003.

Signature _____

Printed name
William J. Shea

**NOTE:** Notice of Voluntary Dissolution must be filed with the following State agencies: The Unclaimed Property Section of the Attorney General of Indiana (IC 32-9-1-14); the Department of Revenue (IC 6-8.1-10-8); and the Indiana Department of Workforce Development (IC 22-4-32-22). Clearances from these agencies are no longer necessary.

Indiana Department of Revenue, Compliance Division
100 N Senate Ave  Rm N203
Indianapolis  IN 46204    Telephone:  (317) 232-2116

Indiana Attorney General, Unclaimed Property
402 W Washington St  5th Floor
Indianapolis  IN 46204    Telephone: (317) 232-6348

Indiana Department of Workforce Development,
Employer Audit Section
10 N Senate Ave
Indianapolis  IN 46204    Telephone:  (317) 232-7436