USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/09

# David H. Relkin

Attorney at Law

*David@RelkinLaw.com*

575 Eighth Avenue
Suite 1706
New York, New York 10018-3049
(212) 244-8722

FAX
(212) 580-4409



December 24, 2008

Judge Barbara S. Jones
United States District Court
500 Pearl Street--Room 610
New York, New York 10007

       **Re:**     **Leslie Dick Worldwide, Ltd. et al. v. George Soros, et al.;
Case No. 08 Civ. 7900 (BSJ) (THK) ECF**

Dear Judge Jones:

    This letter reflects the agreement of all parties to the following briefing schedule on defendants' motions to dismiss:

    Plaintiffs' opposition papers will be due March 20, 2009; and
    Defendants' reply papers will be due April 20, 2009.

    We ask that you accept this schedule with the consideration of the parties.

                      Respectfully submitted,

                      *David H. Relkin*

                      David H. Relkin

DHR\mw
cc: All counsel (via Email)

APPLICATION GRANTED

SO ORDERED
Dated:         _Barbara S. J._
                  BARBARA S. JONES
                  U.S.D.J.

1-6-09