Law Offices of
**DAVID H. RELKIN**
David H. Relkin, Esq. (DHR-1049)
575 Eighth Avenue
Suite 1706
New York, New York 10018
212-244-8722

*Counsel for Plaintiffs*
   *Leslie Dick Worldwide, Ltd. and Leslie Dick*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,<br><br>　　　　　　　　　　*Plaintiffs*,<br>　　　-against-<br><br>GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10,"<br><br>　　　　　　　　　　*Defendants*. | Case No.<br><br>**08 CIV. 7900 (BSJ)(THK) ECF**<br><br>NOTICE OF MOTION TO DISQUALIFY PHILLPS NIZER |

**PLEASE TAKE NOTICE** that, upon the affidavit of Leslie Dick, sworn to January 26, 2009, with exhibit and the affirmation of David H. Relkin, dated January 26, 2009, and upon plaintiffs' Memorandum of Law dated January 26, 2009, plaintiffs, by their counsel shall move this Court before the Hon. Magistrate Theodore H. Katz, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on February

David H. Relkin, Esq.

13, 2009, at a time to be set by the Court if the Court requests oral argument, to disqualify Phillips Nizer from representing any defendant in this action; and Phillips Nizer shall serve any opposing papers upon the undersigned so as to be received no later than February 9, 2009.

Dated: New York, New York
       January 26, 2009

> LAW OFFICES OF DAVID H. RELKIN
> Counsel for Plaintiffs
>
> By: _____
> DAVID H. RELKIN (DHR-1049)
> 575 Eighth Avenue, Suite 1706
> New York, New York  10007
> (212) 244-8722
> *David@RelkinLaw.com*

[2]

David H. Relkin, Esq.