# EXHIBIT "A"

George Berger (GB-8924)
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212)977-9700
gberger@phillipsnizer.com

*Attorneys for Defendants*
*767 Manager, LLC and*
*Donald J. Trump*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

                           Plaintiffs,

              - against -

GEORGE SOROS, SOROS FUND MANAGEMENT LLC, SFM MANAGEMENT, LLC, CONSECO, INC., VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., DEUTSCHE BANK, AG., EASTDIL SECURED, LLC, HARRY MACKLOWE, FIG, LLC, CERBERUS CAPITAL MANAGEMENT, LP, LAZARD FRERES & CO., LLC, KIRKLAND & ELLIS, LLP, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC, DONALD J. TRUMP and John Does "1" through "10",

                     Defendants.

-------------------------------------------------------------- x

No. 08-CV-7900 (BSJ) (THK)

**ECF CASE**
**ELECTRONICALLY FILED**

<u>**NOTICE OF APPEARANCE**</u>

       PLEASE TAKE NOTICE, that the undersigned attorney hereby appears for defendants 767 Manager, LLC and Donald J. Trump and should be served with copies of all papers in this action. I certify that I am admitted to practice in this Court.

Dated:    New York, New York
          December 5, 2008

                                    Respectfully Submitted,

                                    PHILLIPS NIZER LLP

                          By:    /s/  George Berger
                                 George Berger (GB 8924)
                                 (A Member of the Firm)

                                 666 Fifth Avenue
                                 New York, New York 10103-0084
                                 (212) 977-9700

                                 *Attorneys for Defendants*
                                 *767 Manager LLC and Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that I arranged for this document to be electronically filed on December 5, 2008, thereby serving counsel for Plaintiffs and Defendants.

December 5, 2008

                                 /s/ George Berger (GB 8924)