# EXHIBIT "B"




ORIGINAL

Sandra Maja Fabula  (SF-0240)

KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000
(312) 861-2200

Attorneys for Defendants Conseco Inc.,
Carmel Fifth LLC., and Kirkland & Ellis LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| LESLIE DICK WORLDWIDE, LTD. ET AL, Plaintiff, | No. 08 CV 7900 (BSJ) (THK) |
|---|---|
| - v - | ECF Case |
| GEORGE SOROS, ET AL., Defendants. | Notice of MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Sandra Maja Fabula, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac* vice of:

Reed S. Oslan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000
(312) 861-2200

Mr. Oslan is a member in good standing of the Bar of the States of Illinois, Indiana and Missouri. There are no pending disciplinary proceedings against Mr. Oslan in any State or Federal court.

Dated: November 6, 2008                                Respectfully submitted,

                                                       /s/ S. Maja Fabula
                                                       Sandra Maja Fabula (SF-0240)
                                                       KIRKLAND & ELLIS LLP
                                                       200 East Randolph Drive
                                                       Chicago, IL 60601
                                                       (312) 861-2000
                                                       (312) 861-2200
                                                       Attorneys for Defendants Conseco Inc.,
                                                       Carmel Fifth LLC., and Kirkland & Ellis
                                                       LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2008, a true and correct copy of the Conseco Defendants and Defendant Kirkland & Ellis LLP's Motion for Admission *Pro Hac Vice*, and the accompanying affidavits of Sandra Maja Fabula and Reed S. Oslan, together with the exhibits thereto, and a Proposed Order were served via U.S. First Class Mail, postage prepaid, upon the following:

David R. Relkin
575 Eighth Avenue, Suite 1706
New York, NY 10018

*Counsel for Plaintiff*

Howard O. Godnick
David Momborquette
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

*Counsel for Defendant Cerberus Capital Management, LP*

Robert J. Giuffra, Jr.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

*Counsel for Defendant Vornado Realty Trust*

Douglas H. Flaum
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

*Counsel for Defendant Harry Macklowe*

Jerome S. Hirsch
Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

*Counsel for Defendants Deutsche Bank, A.G. and German American Capital Corp.*

Jacqueline G. Veit
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th floor
New York, NY 10022

*Counsel for Defendant Eastdil Secured, LLC*

Howard W. Goldstein
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

*Counsel for Defendant Fried, Frank, Harris, Shriver & Jacobson LLP*

George Berger
Jeffrey L. Shore
Phillips Nizer LLP
666 Fifth Ave. ~ 28th Floor
New York, NY 10103

*Counsel for Defendants 767 Manager, LLC and Donald J. Trump*

Benito Romano
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for Defendants George Soros, Soros Fund Management LLC, and SFM Management, LLC*

Ken Lee
Hughes Hubbard & Reed LLP
One Battery Park Place
New York, NY 10004

*Counsel for Defendant Lazard Freres & Co., LLC*

_____
S. Maja Fabula