```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
LESLIE DICK WORLDWIDE, LTD., ET AL.,      :
                                          :
                    Plaintiff,            :
                                          : 08 Cv. 7900 (BSJ)(THK)
     v.                                   :
                                          :
                                          :   Order
GEORGE SOROS, ET AL.,                     :
                                          :
                    Defendant.            :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/09

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

It has come to the Court's attention that, on two separate occasions, Plaintiffs have submitted motions to the Court without filing or serving those motions. Plaintiffs' repeated failure to follow the Court's rules and procedures impede the fair and proper litigation of this case. Accordingly, the Court directs Plaintiffs and their counsel to comply with the Court's rules by timely filing all motion papers and promptly serving all counsel with any correspondence with the Court. Any failure to abide by this direction may result in the imposition of sanctions.

1

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         February 4, 2009