UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
: 
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,
:
                                                Plaintiffs,      ELECTRONICALLY FILED
:
               - against -                             ECF CASE
: Civil Action No. 08 CV 7900
GEORGE SOROS, SOROS FUND MANAGEMENT   (BSJ) (THK)
LLC, SFM MANAGEMENT, LLC, CONSECO, INC., :
VORNADO REALTY TRUST, GERMAN AMERICAN   **AFFIDAVIT IN OPPOSITION**
CAPITAL, CORP., DEUTSCHE BANK, AG., EASTDIL :
SECURED, LLC, HARRY MACKLOWE, FIG, LLC,
CERBERUS CAPITAL MANAGEMENT, LP, LAZARD :
FRERES & CO., LLC, KIRKLAND & ELLIS, LLP,
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON :
LLP, CARMEL FIFTH, LLC, 767 MANAGER, LLC,
DONALD J. TRUMP and John Does "1" through "10", :

                                             Defendants. :

:
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK  )

      RICHARD H. LANGSAM, being duly sworn, deposes and says:

      1. I am a partner of PHILLIPS NIZER LLP. I make this affidavit in opposition to the plaintiffs' motion to disqualify my law firm from representing Donald J. Trump or 767 Manager, LLC. I have knowledge of the facts set forth herein.

      2. In paragraph 5 of Mr. Dick's affidavit he states that he met with "at least six members of Phillips Nizer on at least ten occasions" regarding certain issues. I and Monte Engler are two of the attorneys apparently referenced in that paragraph.

1069685.1

3. Mr. Engler and I are both members of the corporate department. I first met with Mr. Dick on April 2, 2008 and last spoke with him six days later on April 8th. Mr. Engler and I met with him on April 2, 2008. He brought with him to our meeting a memorandum of understanding. Mr. Dick asked us to redraft this memorandum, which I undertook to do. Mr. Dick also asked me to draft a second memorandum of understanding, which I did. After sending a draft of both documents to Mr. Dick, the three of us and Mr. Hantman met again on April 4, 2008 and Mr. Dick asked us to make some further revisions, which I did. That was the last time I saw Mr. Dick. On April 8th, Mr. Dick telephoned me with a question regarding New York City transfer taxes which I answered. I never heard from him again.

4. Other than knowing that Judge Lerner was consulting with Mr. Hantman on an appeal on which Mr. Hantman was representing the appellants, Mr. Dick did not tell me or Mr. Engler anything about that case during either meeting. Neither Mr. Dick nor Mr. Hantam shared any confidences with us concerning that case. At no time, did either Mr. Dick or Mr. Hantam say anything about any alleged claim he was considering against Donald J. Trump, who I knew to be a client of our firm.

5. I have reviewed the complaint in this action. The memoranda of understanding that I worked on were not related to the RICO and antitrust claims asserted in this lawsuit.

                                                           Richard H. Langsam

Sworn to before me this
5th day of February, 2009.

_____
Notary Public

KRISTINE M. GRISSETT
NOTARY PUBLIC, State of New York
No. 01GR6075310
Qualified in New York County
Commission Expires June 3, 2010

## CERTIFICATE OF SERVICE

I hereby certify that I arranged for the annexed affidavit of Richard H. Langsam to be electronically filed on February 9, 2009, thereby serving all parties of record.

Dated: New York, New York
      February 9, 2009

s/ George Berger (GB 8924)

1069685.1