

**George Berger**
212.841.0740
gberger@phillipsnizer.com

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.228.9612

45 Essex Street
Hackensack, NJ 07601
201.646.1664
Fax 201.646.1764

www.phillipsnizer.com

February 24, 2009

**VIA FEDERAL EXPRESS**

Hon. Theodore H. Katz
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1660
New York, NY 10007-1312



      Re:    **Leslie Dick Worldwide, Ltd. v. Soros, et al.;**
            **08 CV 7900 (BSJ) (THK) (ECF)**

Dear Magistrate Judge Katz:

      We represent Donald J. Trump and 767 Manager, LLC in the above-captioned litigation. On Sunday, February 22, 2009 at 11:18 pm, plaintiffs' attorney, Mr. Relkin, distributed plaintiffs' Amended Complaint to Defendants' counsel via email. As far as we can ascertain, it has not been filed.

      We write to Your Honor for two reasons. First, with respect to the motion pending before Your Honor to disqualify our firm, the Amended Complaint makes two changes of some relevance. 767 Manager, LLC has been dropped as a defendant, which moots the pending motion insofar as it applies to that entity, and the final count of the original Complaint based upon an alleged violation of the anti-trust laws has also been dropped.

      Second, we consider the Amended Complaint to suffer from the same legal deficiencies as the original Complaint. It is our understanding that Your Honor's December 12,

1072062.1

PHILLIPS NIZER LLP

Hon. Theodore H. Katz
February 24, 2009
Page 2

2008 Order staying our clients' motion to dismiss the original Complaint pending resolution of plaintiffs' motion for disqualification of our firm should apply as well to the Amended Complaint.

Respectfully yours,

PHILLIPS NIZER LLP

By: /George Berger/
George Berger (GB8924)

GB/ic

cc:   All Counsel (via email)

Your understanding is correct.

2/26/09

**SO ORDERED**

THEODORE H. KATZ
**UNITED STATES MAGISTRATE JUDGE**

1072062.1