UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. AND LESLIE DICK,<br><br>         Plaintiffs,<br><br>- v -<br><br>GEORGE SOROS, ET AL.,<br>         Defendants. | No.  08 CV 7900 (BSJ) (THK)<br><br>ECF Case |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk**

  Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: <u>Sandra Maja Fabula</u>

  I am an attorney admitted to practice in the United States District Court, Southern District of New York attorney.  My Bar Number is: (SF-0240).  Please update my records to reflect the changes below taking effect on April 13, 2009:

**Law Firm**

From: Kirkland & Ellis LLP

To:  Kirkland & Ellis LLP

Address:  300 North LaSalle, Chicago, IL  60654

Telephone Number:  (312) 862-2000

Fax Number:  (312) 862-2200

E-Mail Address:  mfabula@kirkland.com

Dated:  April 2, 2009

Respectfully submitted,

  /s/  Sandra Maja Fabula

Reed S. Oslan, P.C. (admitted *pro hac vice*)
Sandra Maja Fabula  (SF-0240)
KIRKLAND & ELLIS LLP
200 E. Randolph Dr.
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

Counsel for Defendants Conseco, Inc., Carmel Fifth, LLC, and Kirkland & Ellis LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2009, a true and correct copy of the **Notice of Change of Address for Kirkland & Ellis LLP**, was served to all counsel of record who have registered to receive Notice of Electronic Filing via the Court's ECF system.

      /s/ Sandra Maja Fabula
      Sandra Maja Fabula  (SF-0240)