UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................... x
:
LESLIE DICK WORLDWIDE, LTD. AND :
LESLIE DICK, :
:
*Plaintiffs*, :
:
-against- :
: Hon. Barbara S. Jones
GEORGE SOROS, SOROS FUND :
MANAGEMENT, LLC, FIG, LLC, : No. 08 CV 7900 (BSJ)(THK)
VORNADO REALTY TRUST, GERMAN :
AMERICAN CAPITAL CORP., EASTDIL : ECF Case
SECURED, LLC, HARRY MACKLOWE, :
CONSECO, INC., KIRKLAND & ELLIS, LLP, :
DONALD J. TRUMP AND JOHN DOES "1" :
THROUGH "10," :
:
*Defendants*. :
:
...................................................................... x

### NOTICE OF MOTION TO DISMISS
### THE AMENDED COMPLAINT BY THE SOROS DEFENDANTS

PLEASE TAKE NOTICE THAT Defendants George Soros and Soros Fund Management, LLC (the "Soros Defendants"), by and through their counsel, hereby respectfully move this Court for an order dismissing the "Amended RICO Complaint [corrected]" filed in the above-captioned action on April 14, 2009 by Leslie Dick Worldwide, Ltd. and Leslie Dick ("Plaintiffs") with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). Please take further notice that, in support of this Motion, the Soros Defendants shall rely upon the accompanying Brief In Support Of The Soros Defendants' Motion To Dismiss The Amended Complaint and Declaration Of John R. Oller In Support Of The Soros Defendants' Motion To Dismiss The Amended Complaint.

- 2 -

Dated: April 24, 2009

WILLKIE FARR & GALLAGHER LLP

By: /s/ John R. Oller
John R. Oller
Deirdre N. Hykal
Caren E. Lerner
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
joller@willkie.com

FRESHFIELDS BRUCKHAUS DERINGER
Benito Romano
520 Madison Avenue, 34th floor
New York, New York 10022
Tel: (212) 277-4000
benito.romano@freshfields.com

*Attorneys for George Soros and Soros Fund Management, LLC*