# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: **KARLA MOSKOWITZ**  PART 03

Index Number : 600222/2006
LESLIE DICK WORLDWIDE LTD.
vs
MACKLOWE PROPERTIES
Sequence Number : 008
DISMISS

INDEX NO. _____
MOTION DATE _____
MOTION SEQ. NO. 008
MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits _____ | |
| Replying Affidavits _____ | |

FILED JAN 30 2007 COUNTY CLERK'S OFFICE NEW YORK

Cross-Motion: ☐ Yes ☐ No

Upon the foregoing papers, it is ordered that this motion by remaining defendants to dismiss is granted pursuant to decision on record incorporated into this Order (ct rep: Aldonne Walker). Clerk is directed to enter judgment dismissing action against Soros Fund Management LLC + George Soros + the remaining defendants, with prejudice, with costs + disbursements accordingly.

Dated: 1/18/07

_____
KARLA MOSKOWITZ J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Check one: ☒ FINAL DISPOSITION ☐ NON-FINAL DISPOSITION
Check if appropriate: ☐ DO NOT POST