# EXHIBIT G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

       Plaintiffs,

   -v-

MACKLOWE PROPERTIES, INC., FIFTH AVENUE
58/59 ACQUISITION CO., LP., HARRY MACKLOWE,
EASDIL REALTY COMPANY, LLC, BENJAMIN V.
LAMBERT, WAYNE L. MAGGIN, GEORGE SOROS,
SOROS FUND MANAGEMENT LLC, CONSECO, INC.,
CARMEL FIFTH LLC, 767 INTERMEDIATE LLC, 767
FIFTH AVENUE LLC and CHUCK CREMENS,

       Defendants.
----------------------------------------------------------------X

Index No. 06/600222

(IAS Part 3)
(Honorable Karla Moskowitz)

NOTICE OF ENTRY
OF JUDGMENT

  PLEASE TAKE NOTICE that attached is a true copy of a judgment of the Supreme Court of the State of New York, County of New York, that was duly entered in the office of the Clerk of the Court on February 2, 2007.

Dated: New York, New York
   February 2, 2007

          BUTLER, FITZGERALD, FIVESON
          & McCARTHY
          A Professional Corporation

          By: _____
            David J. McCarthy
          350 Fifth Avenue
          Suite 6215
          New York, New York 10118
          (212) 615-2200

                                          Stuart Potter, Esq.
                                          c/o Soros Fund Management LLC
                                          888 Seventh Avenue
                                          New York, New York 10106
                                          (212) 320-5513

                                          Attorneys for Defendants George Soros
                                          and Soros Fund Management LLC

TO:    Kenneth F. McCallion, Esq.
         McCALLION & ASSOCIATES LLP
         Attorneys for Plaintiffs
         24 West 40th Street
         New York, New York 10018

         EDWARD W. MILLER, ESQ.
         575 Lexington Avenue
         Suite 2840
         New York, New York 10022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

                       Plaintiffs,

            -v-

MACKLOWE PROPERTIES, INC., FIFTH AVENUE
58/59 ACQUISITION CO., LP., HARRY MACKLOWE,
EASDIL REALTY COMPANY, LLC, BENJAMIN V.
LAMBERT, WAYNE L. MAGGIN, GEORGE SOROS,
SOROS FUND MANAGEMENT LLC, CONSECO, INC.,
CARMEL FIFTH LLC, 767 INTERMEDIATE LLC, 767
FIFTH AVENUE LLC and CHUCK CREMENS,

                       Defendants.
-----------------------------------------------------------------X

Index No. 06/600222

(IAS Part 3)
(Honorable Karla Moskowitz)

JUDGMENT

      George Soros and Soros Fund Management LLC (the "Soros Defendants") having made a motion to dismiss plaintiffs' amended complaint in this action with prejudice pursuant to CPLR 3211, and such motion having come on for hearing before the Honorable Justice Karla Moskowitz, in Commercial Division Part 3 of the Supreme Court, at 60 Centre Street, in the Borough of Manhattan, City and State of New York, and the plaintiffs having appeared by their attorneys McCallion & Associates LLP and Edward W. Miller, Esq., and the Soros Defendants having appeared by their attorneys, Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation, and the Court, after due deliberation, by decision and order in writing dated January 18, 2007 and entered January 30, 2007, having granted the motion of the Soros Defendants to dismiss the action [amended complaint struck through] as against them, and ordered that judgment be entered against the plaintiffs in favor of the Soros Defendants, and directed the Clerk enter judgment accordingly,

      Now, on motion of Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation, attorneys for the Soros Defendants, it is

ADJUDGED that the ~~plaintiffs' amended complaint~~ action is dismissed as to defendants George Soros and Soros Fund Management LLC, with prejudice.

Judgment signed this 2nd day of February, 2007, ~~at New York, New York~~.

_____
Clerk

**FILED**
FEB 0 2 2007
NEW YORK
COUNTY CLERK'S OFFICE