UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK, | : | 08-CV-07900 (BSJ) |
| Plaintiffs, | : | ECF Case |
| v. | : | Electronically Filed |
| GEORGE SOROS, et al., | : | |
| Defendants. | : | |

------------------------------------x

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT WITH PREJUDICE

**PLEASE TAKE NOTICE**, that upon the Amended Complaint, accompanying Memorandum of Law in Support of German American Capital Corp.'s Motion to Dismiss the Amended Complaint with Prejudice, and any other applicable papers submitted by co-defendants in support of motions to dismiss and any other prior papers or proceedings herein, defendant German American Capital Corp., by and through their undersigned attorneys, will move this Court before the Honorable Barbara S. Jones on a date and time to be designated by the Court, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, for an Order dismissing the Complaint in its entirety with prejudice and granting German American Capital such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      April 24, 2009

        /s/ Jerome S. Hirsch
Jerome S. Hirsch (jerome.hirsch@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Defendant German American
 Capital Corp.