UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,<br><br>                    Plaintiffs,<br><br>- v -<br><br>GEORGE SOROS, ET AL.,<br><br>                    Defendants. | No.  08 CV 7900 (BSJ) (THK)<br><br>ECF Case |

## CONSECO, INC. AND KIRKLAND & ELLIS LLP'S
## NOTICE OF MOTION TO DISMISS

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Conseco, Inc. and Kirkland & Ellis LLP's Motion to Dismiss the Amended Complaint, any other applicable papers filed by other defendants in support of their motions to dismiss, and all other papers and proceedings in this action, Defendants Conseco, Inc. and Kirkland & Ellis LLP, by and through their attorneys, will move this Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, before the Honorable Barbara S. Jones, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and place to be determined by the Court, for an Order dismissing Plaintiffs' Amended Complaint with prejudice, and for such further and other relief that the Court may deem just and proper.

2

Dated:  April 24, 2008

Respectfully submitted,

  /s/  S. Maja Fabula

Reed S. Oslan, P.C. (admitted *pro hac vice*)
S. Maja Fabula  (SF-0240)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

Counsel for Defendants Conseco, Inc. and Kirkland & Ellis LLP

2