Douglas H. Flaum
douglas.flaum@friedfrank.com
Stephanie J. Goldstein
stephanie.goldstein@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
212-859-8259 (telephone)
212-859-4000 (facsimile)

Attorneys for Defendant
Harry Macklowe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x
                                                              :
LESLIE DICK WORLDWIDE, LTD. and LESLIE   :
DICK,                                                         :
                                                              :
                         *Plaintiffs*,                        :     No. 08 CV 7900 (BSJ/THK)
                                                              :
          -against-                                           :     ECF Case
                                                              :
GEORGE SOROS, SOROS FUND                                      :
MANAGEMENT LLC, FIG, LLC, VORNADO                             :
REALTY TRUST, GERMAN AMERICAN                                 :
CAPITAL CORP., EASTDIL SECURED, LLC,                          :     **NOTICE OF MOTION**
HARRY MACKLOWE, CONSECO, INC.,                                :
KIRKLAND & ELLIS, LLP, DONALD J. TRUMP,                       :
and John Does "1" through "10,"                               :
                                                              :
                         *Defendants*.                        :
                                                              :
...............................................................x

    PLEASE TAKE NOTICE that defendant Harry Macklowe by his undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), will move before the Honorable Barbara S. Jones, U.S.D.J., at the United States District Courthouse, 500 Pearl Street, New York, New York, 10007, Courtroom 18B, on a date and at a time to be determined by the Court, for an Order (i)

granting Harry Macklowe's motion to dismiss the "Amended RICO Complaint [corrected]" without leave to amend, and this action with prejudice, and (ii) granting Mr. Macklowe such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Harry Macklowe shall rely upon the accompanying Memorandum of Law in Support of Harry Macklowe's Motion to Dismiss the Action with Prejudice, the accompanying Declaration of Stephanie J. Goldstein in support of Harry Macklowe's Motion to Dismiss the Action with Prejudice, and the Brief in Support of the Soros Defendants' Motion to Dismiss the Amended Complaint ("Soros Brief"), and arguments of counsel at hearing of this motion.

Dated: New York, New York
April 24, 2009

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: /s/ *Stephanie J. Goldstein*
Douglas H. Flaum
Stephanie J. Goldstein

douglas.flaum@friedfrank.com
stephanie.goldstein@friedfrank.com
One New York Plaza
New York, NY 10004-1980
(212) 859-8259

Attorneys for Defendant
Harry Macklowe