Douglas H. Flaum
douglas.flaum@friedfrank.com
Stephanie J. Goldstein
stephanie.goldstein@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
212-859-8259 (telephone)
212-859-4000 (facsimile)

Attorneys for Defendant
Harry Macklowe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

........................................................................x
                                                                        :
LESLIE DICK WORLDWIDE, LTD. and LESLIE                                  :
DICK,                                                                   :
                                                                        :
                          *Plaintiffs*,                                 :    No. 08 CV 7900 (BSJ/THK)
                                                                        :
          -against-                                                     :    ECF Case
                                                                        :
GEORGE SOROS, SOROS FUND                                                :    **DECLARATION OF**
MANAGEMENT LLC, FIG, LLC, VORNADO                                       :    **STEPHANIE J. GOLDSTEIN IN**
REALTY TRUST, GERMAN AMERICAN                                           :    **SUPPORT OF HARRY**
CAPITAL CORP., EASTDIL SECURED, LLC,                                    :    **MACKLOWE'S MOTION TO**
HARRY MACKLOWE, CONSECO, INC.,                                          :    **DISMISS**
KIRKLAND & ELLIS, LLP, DONALD J. TRUMP,                                 :
and John Does "1" through "10,"                                         :
                                                                        :
                          *Defendants*.                                 :
                                                                        :
                                                                        :
........................................................................x

   I, Stephanie J. Goldstein, declare:

   1.     I am a member of Fried, Frank, Harris, Shriver & Jacobson LLP, counsel to defendant

Harry Macklowe. I submit this declaration in support of Harry Macklowe's Motion to Dismiss

the Action with Prejudice.

2. Attached hereto as Exhibit A is a true and correct copy of the Verified Amended Complaint filed on June 21, 2006 in New York State Supreme Court by Plaintiffs Leslie Dick Worldwide, Ltd., and Leslie Dick in *Leslie Dick Worldwide Ltd., et al v. Macklowe Props., Inc., et al.*, Index No. 06/600222 (Sup. Ct. New York County 2006).

3. Attached hereto as Exhibit B is a true and correct copy of the "Amended RICO Complaint [corrected]" in this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury on this 24th day of April, 2009 that the foregoing is true and correct.

    /s/ *Stephanie J. Goldstein*
Stephanie J. Goldstein
stephanie.goldstein@friedfrank.com

7277856