Jacqueline G. Veit
Laura Sulem
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
*Attorneys for Defendant*
*Eastdil Secured, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LESLIE DICK WORLDWIDE, LTD and LESLIE DICK,<br><br>    Plaintiffs,<br><br>-against-<br><br>GEORGE SOROS, SOROS FUND MANAGEMENT LLC, FIG, LLC, VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., EASTDIL SECURED, LLC, HARRY MACKLOWE, CONSECO, INC., KIRKLAND & ELLIS, LLP, DONALD J. TRUMP, and John Does "1" through "10,"<br><br>    Defendants. | 08-CV- 7900 (BSJ) (THK)<br><br>ECF CASE |

---

### EASTDIL SECURED, LLC'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint, the Brief in Support of the Soros Defendants' Motion to Dismiss the Amended Complaint, dated April 24, 2009 and the accompanying Declaration of John R. Oller, executed on April 20, 2009 and exhibits, as well as the memoranda in support of motions to dismiss of the other defendants to this action, filed concurrently herewith, defendant Eastdil Secured, LLC, by its counsel,

455514.1

Golenbock Eiseman Assor Bell & Peskoe LLP, will move this Court before the Honorable Barbara S. Jones, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and place to be determined by the Court, for an order dismissing the Amended Complaint filed by plaintiffs Leslie Dick Worldwide, Ltd. and Leslie Dick with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

Dated:  New York, New York
        April 24, 2009

Respectfully Submitted,

GOLENBOCK EISEMAN ASSOR
 BELL & PESKOE LLP

By: /s/ Jacqueline G. Veit
    Jacqueline G. Veit (JV-2935)
    Laura Sulem (LS-6621)

437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300
jveit@golenbock.com
lsulem@golenbock.com

*Attorneys for Defendant Eastdil Secured, LLC*