UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LESLIE DICK WORLDWIDE, LTD. and :
LESLIE DICK, :
:
                      Plaintiffs, :
:
                v. :   No. 08 Civ. 7900 (BSJ) (THK)
:
GEORGE SOROS, SOROS FUND :
MANAGEMENT, LLC, FIG, LLC, : **NOTICE OF MOTION**
VORNADO REALTY TRUST, GERMAN :
AMERICAN CAPITAL CORP., EASTDIL :
SECURED, LLC, HARRY MACKLOWE, :   ECF CASE
CONSECO, INC., KIRKLAND & ELLIS, LLP, :
DONALD J. TRUMP, :
and John Does "1" through "10," :
:
                    Defendants. :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Defendant FIG LLC, by and through the undersigned counsel, will move this Court at a date to be determined, before the Honorable Barbara S. Jones, United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, New York for an order dismissing with prejudice Plaintiffs Leslie Dick Worldwide, Ltd. and Leslie Dick's Amended Complaint in its entirety for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6), and any further relief this Court may deem just and proper.

Dated: New York, New York
April 24, 2009

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:   /s Albert Shemmy Mishaan
Marc E. Kasowitz
(mkasowitz@kasowitz.com)
Albert Shemmy Mishaan
(amishaan@kasowitz.com)
Kenneth R. David
(kdavid@kasowitz.com)

1633 Broadway
New York, NY  10019
(212) 506-1700

*Attorneys for Defendant FIG LLC*