UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Leslie Dick Worldwide Ltd.

                Plaintiff,

                                              08 CIVIL 7900    (BSJ )

    -against-

George Soros et al
                Defendants
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Benito Romano, Esq.__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Willkie Farr & Gallagher LLP__

    To:     __Freshfields Bruckhaus Deringer US LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:*  __520 Madison Avenue, New York, NY 10022__

☐ *Telephone Number:*  212-277-4000

☐ *Fax Number:*  212-277-4001

☐ *E-Mail Address:*  benito.romano@freshfields.com

Dated: 6/10/09