# David H. Relkin

LAW OFFICES

David@RelkinLaw.com

575 Eighth Avenue
Suite 1706
New York, New York 10018-3049
(212) 244-8722

FAX
(212) 580-4409

June 15, 2009



BY FAX

Hon. Judge Barbara S. Jones
United States District Court
500 Pearl Street--Room 610
New York, New York 10007

Re:  Leslie Dick Worldwide, Ltd. et al. v. George Soros, et al.;
     Case No. 08 Civ. 7900 (BSJ) (THK) ECF

Hon. Judge Jones:

    I write this letter to request an extension of time with respect to defendants' seven motions to dismiss the amended complaint. The reason for this request is twofold: my client miraculously survived a multi-car collision in Manhattan as a passenger in a car which was totally demolished after independently and without any apparent cause accelerating to over 90 miles an hour.[1] My client is recovering from broken bones, neck and back injury and nerve damages.

    Needless to say, my client has been unavailable for over four weeks to participate in this action in any meaningful way and is only now partially returning to his daily routine. To further aggravate this incredible survival of my client, four days earlier, on the day of a Hearing before Hon. Judge Katz, I inadvertently stepped into a pothole on the morning of the Hearing and tore two ligaments in my left foot, including the Achilles ligament. When I appeared in Court limping and suffering from my fall, Judge Katz offered to allow me to sit during questioning. Although in great pain, I felt the professional responsibility to complete the Hearing before going to the Hospital for x-rays, MRI's and Cat-scans. Since the accident, I have only been able to work at home, and because of the pain of the injuries I suffered, I have been able to work at only 10% of my normal work load almost all of which is done at home.

---

[1] The driver's insurance company is fully investigating the entire operating system of the car, including the brake, acceleration and gear systems which simultaneously failed without warning.

I am under a doctor's care and supervision including heavy medication and therapy, which occupies the majority of my time and has set me back considerably in my practice.

For the foregoing reasons, it is impossible for me to discharge my ethical responsibility to my client to zealously advocate his position to the best of my professional ability. Under these circumstances it is now impossible for me to meet the deadline to serve papers in opposition to the seven motions to dismiss, and trust that you can certainly understand that this has created an ethical dilemma for me.

Your Honor, we are in the process of retaining special counsel to assist my office in responding to the motions to dismiss, and to approach the defendants to agree to an immediate mediation before JAMS to attempt to resolve this complex litigation in an expeditious and timely manner.

Under the circumstances, we respectfully request an extension of ninety days to September 15, 2009, either to respond to defendants' seven motions to dismiss, or, to mediate, if we are able to secure defendants' agreement. <u>This is plaintiffs' first request to you for any extension of time on any matter in this action</u>. We strongly believe that no prejudice will be suffered by defendants in Your granting plaintiffs this request.

Conversely, if Your Honor does not grant plaintiffs' request for additional time due to this unusual confluence of injuries, plaintiffs will certainly suffer an even greater harm of the diminishment of their rights to present this case in an appropriate and sufficient manner.

Under the circumstances of these unforeseeable and nearly tragic events, please accept my apologies in contacting you directly, since I thought it appropriate for Your Honor to be made immediately aware of this situation. <u>In the event defendants refuse by Thursday at 5:00 pm to extend plaintiffs' deadline, we respectfully request Your Honor to grant this necessary and reasonable extension</u>.

We hopefully anticipate that the defendants will appreciate the gravity of this situation and grant this request, thereby not burdening Your Honor to grant this extension.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

*David H. Relkin*
David H. Relkin

DHR\mw
cc: Mr. Leslie Dick
All counsel (via Email)

*[Handwritten order:]* The plaintiff shall have until Aug. 17, 2009 to respond to defendants motions. So ordered. Barbara S. Jones U.S.D.J. 6/19/09