# WILLKIE FARR & GALLAGHER LLP

June 22, 2009

**VIA FACSIMILE**

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Fax: (212) 805-6191

Re: *Leslie Dick Worldwide, Ltd. et al. v. George Soros, et al.*, Case No. 08 Civ. 7900

Dear Judge Jones:

Given the Court's order entered Friday, June 19, 2009 extending Plaintiffs' time to respond to the pending motions to dismiss the Amended RICO Complaint by four weeks from July 20 until August 17, 2009, Defendants[1] respectfully request that all other dates in the current scheduling order[2] correspondingly be extended four weeks as follows:

September 14:      Defendants' replies in support of the motions to dismiss due.

August 7:      Last day for Rule 11 notices/letters concerning the current complaint, together with the proposed brief ("Notices") to be served on Plaintiffs' counsel. Regardless of any earlier service of such Notices, Plaintiffs' 21-day safe harbor period would not commence to run until August 7, 2009.

August 28:      Plaintiffs' 21-day safe harbor period expires.

---

[1]      In addition to the Soros Defendants, these include Vornado Realty Trust; Eastdil Secured, LLC; FIG LLC; German American Capital Corp; Harry Macklowe; Conseco, Inc; and Kirkland & Ellis LLP.

[2]      *See* Letter to Judge Jones with parties' agreed-upon schedule, endorsed Feb. 27, 2009 and entered March 3, 2009 (Doc. No. 123).

*So ordered*
*Barbara S. Jones*
*U.S.D.J.*
6/24/09

Hon. Barbara S. Jones
June 22, 2009
Page 2

Respectfully submitted,

John Oller
Willkie Farr & Gallagher LLP

Benito Romano
Freshfields Bruckhaus Deringer US LLP

Counsel for Defendants
George Soros and Soros Fund Management LLC


cc:     Magistrate Judge Theodore H. Katz (by fax)
        David H. Relkin, Esq. (via email)
        All Defense Counsel (via email)

4977052.1