AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number: 08-CV-7900

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Vornado Realty Trust

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/29/2009 | *[signature]* |
| Date | Signature |
| | Andrew J. DeFilippis — AD-8347 |
| | Print Name — Bar Number |
| | Sullivan and Cromwell, 125 Broad Street |
| | Address |
| | New York — NY — 10004 |
| | City — State — Zip Code |
| | (212) 558-7937 — (212) 291-9627 |
| | Phone Number — Fax Number |