# WILLKIE FARR & GALLAGHER LLP



July 30, 2009

**VIA FACSIMILE**

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Fax: (212) 805-6191

Re: *Leslie Dick Worldwide, Ltd. et al. v. George Soros, et al.*, Case No. 08 Civ. 7900

Dear Judge Jones:

We represent the Soros Defendants and write on behalf of all Defendants who have filed motions to dismiss the Amended RICO Complaint in this matter.[1] We write in response to Mr. Relkin's letter to the Court of July 29, 2009 requesting another extension, until October 30, 2009, for Plaintiffs to respond to the motions to dismiss. We respectfully oppose the request. Defendants moved to dismiss the complaint last December, and after Plaintiffs submitted an amended complaint that largely duplicated the original one, Defendants again moved to dismiss on April 24, 2009. Plaintiffs' proposed extension would give them more than six months to respond to the currently pending motions, the substance of which they have known about since last year. This comes after two previous orders giving Plaintiffs extensive periods to respond (See Doc. Nos. 123, 145).

Defendants have expended considerable cost and effort in briefing, now, two motions to dismiss essentially the same complaint, which we believe, for the reasons stated in the motions, is wholly frivolous factually and plainly dismissible on its face on numerous legal grounds. We respectfully submit that the time has come to have the sufficiency of that complaint's allegations resolved by the

---

[1] In addition to the Soros Defendants, these include Vornado Realty Trust; Eastdil Secured, LLC; FIG LLC; German American Capital Corp; Harry Macklowe; Conseco, Inc; and Kirkland & Ellis LLP.

Hon. Barbara S. Jones
July 30, 2009
Page 2

Court. Thus, we believe the current schedule should remain in place. We have also advised Plaintiffs' counsel that for all of the above reasons, we are opposed to his suggestion of mediation.

Respectfully submitted,

*John Oller*
John Oller
Willkie Farr & Gallagher LLP

Benito Romano
Freshfields Bruckhaus Deringer US LLP

Counsel for Defendants
George Soros and Soros Fund Management LLC

cc: Magistrate Judge Theodore H. Katz (by fax)
David H. Relkin, Esq. (via email)
All Defense Counsel (via email)

For the reasons set forth above, the Court DENIES Plaintiff's request for an extension.

SO ORDERED.
Dated: *Barbara S. Jones*
BARBARA S. JONES
U.S.D.J.
7/30/09

---

[2] We do not credit Plaintiffs' argument that their oppositions should await the filing of a motion to dismiss by the Phillips Nizer firm, which Plaintiffs unsuccessfully sought to disqualify. Plaintiffs do not need to see that motion to be able to respond to the existing motions.

4969722.3