# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.228.9612

**George Berger**
212.841.0740
gberger@phillipsnizer.com

Court Plaza North
25 Main Street
Hackensack, NJ 07601-7015
201.487.3700
Fax 201.646.1764

www.phillipsnizer.com

August 6, 2009

**Via Facsimile**

Hon. Barbara S. Jones
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

Re: *Leslie Dick Worldwide Ltd., et al. v. George Soros, et al., Case No. 08 Civ. 7900*

Dear Judge Jones:

We represent defendant Donald J. Trump ("Trump") in the above-captioned action. We write to seek Your Honor's approval of a proposed briefing schedule for Trump's motion to dismiss plaintiffs' Amended Complaint. As Your Honor may be aware, although all other defendants in this action have already moved to dismiss the Amended Complaint and are working under a separate Court approved briefing schedule, Trump's proposed motion to dismiss plaintiffs' original complaint was stayed by Magistrate Judge Katz on December 12, 2008 (Docket No. 76), pending resolution of plaintiffs' motion to disqualify Phillips Nizer LLP from acting as Trump's counsel in this case (which stay Magistrate Judge Katz also applied to Trump's motion to dismiss plaintiffs' Amended Complaint) (Docket No. 122).

Magistrate Judge Katz denied plaintiffs' motion to disqualify Phillips Nizer LLP on July 22, 2009 (Docket No. 147). We have since had several discussions with plaintiffs' counsel, David Relkin, in an attempt to set a briefing schedule. Although Mr. Relkin has stated that he is not opposed to the dates we proposed (set forth below), he refuses to agree to any schedule until he receives a response from the Court to his July 30, 2009 letter.

Accordingly, we hereby request that the Court approve the following briefing schedule for Trump's motion to dismiss, which schedule we previously discussed with Mr. Relkin:

Trump's motion to dismiss shall be filed on or before September 15, 2009.

Plaintiffs' opposition papers shall be filed on or before October 15, 2009.

1088058.1

**PHILLIPS NIZER** LLP

Hon. Barbara S. Jones
August 6, 2009
Page 2

Trump's reply papers shall be filed on or before October 30, 2009.

We respectfully request that the Court approve the above-referenced briefing schedule.

Respectfully submitted,

PHILLIPS NIZER LLP

By: *George Berger*
George Berger

GB/ic

cc: Hon. Theodore H. Katz (via facsimile)
    David H. Relkin, Esq. (via e-mail and facsimile)
    Counsel for all defendants (via e-mail)

*APPLICATION GRANTED.*

SO ORDERED
Dated:
    *Barbara S. Jones*
    BARBARA S. JONES
    U.S.D.J.

8-7-09

1088058.1