

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 AUG 2009

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,

          *Plaintiffs*,

-against-

GEORGE SOROS, SOROS FUND MANAGEMENT LLC, FIG, LLC, VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., EASTDIL SECURED, LLC, HARRY MACKLOWE, CONSECO, INC., KIRKLAND & ELLIS, LLP, DONALD J. TRUMP, and John Does "1" through "10,"

          *Defendants*.

Case No.

08 CIV. 7900
(BSJ)(THK)ECF

ORDER TO SHOW CAUSE

**UPON** the annexed Declaration of David H. Relkin, dated August 10, 2009, the Memorandum of Law accompanying the Declaration and upon all prior filed pleadings and all proceedings heretofore had herein.

    (a)    **LET** plaintiffs show cause before the Honorable Barbara S. Jones, United States Courthouse at 500 Pearl Street, New York, New York on the 17th day of August, 2009 at 2:00pm Courtroom 17-C or as soon thereafter as counsel can be heard, why an Order should not be entered granting plaintiffs' counsel' motion to be relieved as counsel for plaintiffs' in this action pursuant to Local Civil Rule 1.4; and

    (b)  Granting an immediate stay of these proceedings for the period of thirty (30) days for plaintiffs to retain new counsel and to submit papers herein and for such other and further relief as the Court deems just and proper; and it is hereby

1

**ORDERED,** that service of this Order and the papers upon which it has been granted, by hand or via e-mail upon plaintiffs at on or before *August 12, 2009 at 5PM*, which service shall be deemed good and proper.

Dated: August *11*, 2009
New York, New York

_____
U.S.D.J.    Paul A. Crotty
            Part-I