```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           :
LESLIE DICK WORLDWIDE, LTD., ET AL.,       :
                                           :
                    Plaintiff,             :
                                           :   08 Cv. 7900 (BSJ)(THK)
            v.                             :
                                           :
                                           :        Order
GEORGE SOROS, ET AL.,                      :
                                           :
                    Defendants.            :
------------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

At today's order to show cause hearing, the Court granted plaintiffs' counsel's motion to be relieved as counsel for plaintiffs. To allow plaintiffs to attempt to procure new counsel, the Court stayed this action for sixty days. If plaintiffs can procure new counsel, that counsel shall file a notice of appearance by October 16, 2009. Plaintiffs' shall oppose the Soros Defendants' outstanding motions to dismiss by November 16, 2009;[1] the Soros Defendants shall reply by November 30, 2009. With regard to Federal Rule of Civil Procedure 11, the Court extends plaintiffs' safe harbor period until November 30, 2009.

---

[1] Should plaintiffs fail to do so, the Court will decide the outstanding motions unopposed.

1

SO ORDERED:

                                                                                     _____
                                                                                     BARBARA S. JONES
                                                                                      UNITED STATES DISTRICT JUDGE

Dated:      New York, New York
             August 17, 2009