

## LESLIE DICK WORLDWIDE LTD.

- INTERNATIONAL COMMERCIAL AND INDUSTRIAL DEVELOPMENTS
- ECONOMIC PROJECT DEVELOPMENT CONSULTANT SERVICES
- INTERNATIONAL REAL ESTATE DEVELOPMENT AND INVESTMENT FUND

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
FAX: 212.805.6191

August 18, 2009

**VIA FAX**

**RE: Order To Show Cause hearing of August 17, 2009. Leslie Dick et al. v. George Soros et.al. 08-CV-7900**

Dear Judge Jones:

During the hearing Mr. Relkin represented to the Court that the Eight (8) Briefs in Opposition to the Motions to Dismiss were completed, or almost completed.

Your Honor, I would respectfully request that in your Order (based on your decision) yesterday, that Mr. Relkin be required to immediately turn over such briefs to Plaintiff. In addition that Mr. Relkin be ordered to turn over the complete file within his possession, with an index to reference all documents in his possession within 5 days of your Order

Unless I have these documents, no Attorney will be able to decipher how Mr. Relkin arrived at the Complaint(s) which he affixed his signature to. Thank you.

*APPLICATION GRANTED. The Court directs Mr. Relkin to turn over the aforementioned documents by August 24, 2009.*

Sincerely yours,

Leslie Dick

cc: Mr. David H. Relkin
VIA FAX: 212.580.4409

**SO ORDERED**
/s/ Barbara S. Jones
U.S.D.J.
8/18/09

60 EAST 42ND STREET, SUITE 1166
NEW YORK, NEW YORK 10165
WORLDWIDE: (917) 362-7111
EMAIL: LESLIEDICK_NY@YAHOO.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09