JONES, J

**PRO SE OFFICE**

U.S. DISTRICT COURT FILED S.D. OF N.Y.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LESLIE DICK WORLDWIDE, LTD.** ) <br> and **LESLIE DICK,** ) <br> Plaintiff(s) ) <br> v. ) <br> **GEORGE SOROS, SOROS FUND** ) <br> **MANAGEMENT LLC, FIG, LLC,** ) <br> **VORNADO REALTY TRUST,** ) <br> **GERMAN AMERICAN CAPITAL CORP.,** ) <br> **EASTDIL SECURED, LLC,** ) <br> **HARRY MACKLOWE, CONSECO, INC.,** ) <br> **KIRKLAND & ELLIS, LLP, DONALD J.** ) <br> **TRUMP, and John Does "1" through "10",** ) <br> Defendant(s) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No. 08 CIV.7900 <br> (BSJ)(THK)ECF |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) **LESLIE DICK WORLDWIDE, LTD. and LESLIE DICK,** hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) **GEORGE SOROS, SOROS FUND MANAGEMENT LLC, FIG, LLC, VORNADO REALTY TRUST, GERMAN AMERICAN CAPITAL CORP., EASTDIL SECURED, LLC, HARRY MACKLOWE, CONSECO, INC., KIRKLAND & ELLIS, LLP, DONALD J. TRUMP, and John Does "1" through "10".**

Date: October 20, 2009

*Leslie Dick, President*
*Leslie Dick*
Signature of plaintiffs

Address: 60 E. 42nd St. Ste. 1166
City, State & Zip Code: N.Y., N.Y. 10165
Telephone Number: 917.362.7111

SO ORDERED:
*Barbara S. J.*
U.S.D.J.
10/30/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09